**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC.,<br>Plaintiffs,<br>v.<br>CENTOCOR, INC.,<br>Defendant. | Civil Action No. 4:09-cv-11340-TSH<br>**Jury Trial Demanded** |

## ANSWER TO COUNTERCLAIMS

Plaintiffs Abbott GmbH & Co., KG ("Abbott GmbH") and Abbott Bioresearch Center ("ABC") (collectively, "Abbott") hereby respond to the Counterclaims of Defendant Centocor, Inc. ("Centocor") as follows:

### PARTIES

1. Upon information and belief, admitted.

2. Abbott admits that Abbott GmbH is a corporation organized under the laws of Germany and that its principal place of business is at Max-Planck-Ring 2, 65205 Wiesbaden, Germany.

3. Admitted.

### JURISDICTION AND VENUE

4. The allegations contained in Paragraph 4 contain conclusions of law to which no response is required.

5. The allegations contained in Paragraph 5 contain conclusions of law to which no response is required.

6. Admitted.

7. The allegations contained in Paragraph 7 contain conclusions of law to which no response is required.

**FIRST COUNTERCLAIM**
**(Non-Infringement of the ’128 Patent)**

8. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

9. Denied.

10. Denied.

**SECOND COUNTERCLAIM**
**(Non-Infringement of the ’485 Patent)**

11. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

12. Denied.

13. Denied.

**THIRD COUNTERCLAIM**
**(Invalidity of the ’128 Patent)**

14. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

15. Denied.

16. Denied.

**FOURTH COUNTERCLAIM**
**(Invalidity of the ’485 Patent)**

17. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

18. Denied.

19. Denied.

**PRAYER FOR RELIEF**

WHEREFORE, Abbott respectfully requests that this Court enter an order:

a) Dismissing Centocor's counterclaims with prejudice;

b) Denying Centocor's request for a declaration that Centocor has not infringed and is not infringing any claim of the '128 patent, and/or that the patent and each of its claims are invalid;

c) Denying Centocor's request for a declaration that Centocor has not infringed and is not infringing any claim of the '485 patent, and/or that the patent and each of its claims are invalid;

d) Denying Centocor's request for a determination that this is an exceptional case under 35 U.S.C. § 285 and for an award of costs, attorney's fees and disbursements to Centocor;

e) Granting Abbott the relief requested in its Complaint; and

f) Awarding Abbott such further relief as this Court deems just and equitable.

Dated: October 6, 2009

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ William F. Lee
William F. Lee
William F. Lee (BBO #291960)
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Robert J. Gunther, Jr.
Jane M. Love
Calvin S. Walden
Paul B. Keller
Martin Gilmore
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Nina S. Tallon
Amy J. Nelson
1785 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Plaintiffs,*
*Abbott GmbH and Abbott Bioresearch Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2009, I electronically filed the foregoing ANSWER TO COUNTERCLAIMS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather B. Repicky
hrepicky@nutter.com
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

I further certify that on the same day I served the following additional counsel by e-mail and by Fedex:

Dianne B. Elderkin
Barbara L. Mullin
Matthew A. Pearson
John F. Murphy
James V. Spencer
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104

/s/ William F. Lee
William F. Lee