**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:09-cv-11340-FDS |
| v. | ) ) | **Jury Trial Demanded** |
| CENTOCOR ORTHO BIOTECH, INC., | ) ) ) | |
| Defendant. | ) ) | |

# DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Centocor Ortho Biotech, Inc. hereby certifies that appropriate corporate officers have conferred with counsel with respect to the above matter:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

February 18, 2010

Respectfully submitted,

| | |
|---|---|
| **CENTOCOR ORTHO BIOTECH, INC.** | <u>**AKIN GUMP STRAUSS HAUER & FELD LLP**</u> |
| /Kenneth J. Dow/ | /s/ Matthew A. Pearson |
| Kenneth J. Dow | Dianne Elderkin (admitted *pro hac vice*) |
| Vice President, Patent Law | Barbara Mullin (admitted *pro hac vice*) |
| 145 King of Prussia Rd | Matthew Pearson (admitted *pro hac vice*) |
| Radnor, Pa 19087 | Two Commerce Square, Suite 4100 |
| (610) 651-7422 (telephone) | 2001 Market Street |
| (610) 651-6940 (fax) | Philadelphia, PA 19103 |
| | 215-965-1200 (telephone) |
| | 215-965-1210 (fax) |
| | |
| | Heather B. Repicky (BBO# 663347) |
| | NUTTER MCCLENNEN & FISH LLP |
| | World Trade Center West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210 |
| | (617) 439-2000 |

**CERTIFICATE OF SERVICE**

      I certify that this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Matthew A. Pearson