IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, AND<br>ABBOTT BIORESEARCH CENTER, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>Defendant. | Civil Action No. 4:09-cv-11340-FDS<br><br>**Jury Trial Demanded** |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and authorized representative of Plaintiffs Abbott GmbH & Co., KG ("Abbott GmBH") and Abbott Bioresearch Center, Inc. ("ABC") (collectively "Abbott") hereby certify that Abbott and its counsel have conferred and will continue to confer (a) with a view to establishing a budget for the cost of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

February 18, 2010

Respectfully submitted,

| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC. | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| */s/ Lydia N. Nenow* | */s/ Nina S. Tallon* |

Lydia N. Nenow
Patent Counsel
100 Abbott Park Road
Abbott Park, IL 60064-6008
Tel: (847) 938-0389
Fax: (847) 938-2623

Nina S. Tallon (admitted *pro hac vice*)
Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Paul B. Keller (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Heather B. Repicky
> hrepicky@nutter.com
> NUTTER MCCLENNEN & FISH LLP
> World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210
>
> Dianne B. Elderkin
> elderkin@woodcock.com
> Barbara L. Mullin
> mullin@woodcock.com
> Matthew A. Pearson
> mpearson@woodcock.com
> John F. Murphy
> jmurphy@woodcock.com
> James V. Spencer
> jspencer@woodcock.com
> WOODCOCK WASHBURN LLP
> Cira Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19104

/s/ William F. Lee
William F. Lee