UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ABBOTT GMBH & CO., KG, AND<br>ABBOTT BIORESEARCH CENTER, INC.<br><br>                 Plaintiffs,<br><br>      v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>Defendant. | Civil Action No. 4:09-cv-11340-FDS<br><br>**Jury Trial Demanded** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

      Pursuant to Local Rule 83.5.2(c), please take notice that Nina S. Tallon of Wilmer Cutler

Pickering Hale and Dorr LLP hereby withdraws her appearance as counsel for Plaintiffs Abbott

GmbH & Co., KG and Abbott Bioresearch Center, Inc. in this action.

Respectfully submitted,

March 16, 2010

   /s/ William F. Lee
William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
   *Attorney for Abbott GmbH & Co., KG, and*
   *Abbott Bioresearch Center, Inc.*

OF COUNSEL:

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
Meaghan Davant (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

US1DOCS 7479878v1

## CERTIFICATE OF SERVICE

I certify that, on March 16, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ William F. Lee

US1DOCS 7479878v1