UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>Defendant. | Civil Action No. 4:09-cv-11340-FDS<br><br>**Jury Trial Demanded** |

**NOTICE OF COMPLIANCE REGARDING**
**PLAINTIFFS' PRELIMINARY INFRINGEMENT DISCLOSURES**

Plaintiffs Abbott GmbH & Co., KG and Abbott Bioresearch Center, Inc. ("Plaintiffs") hereby notify the Court that pursuant to paragraph 1(b) of the Court's Initial Scheduling Order (Dkt. No. 44), on March 25, 2010, Plaintiffs served Defendant Centocor Ortho Biotech, Inc. with preliminary infringement disclosures.

|  |  |
|---|---|
| March 25, 2010 | Respectfully submitted,<br><br>  /s/ William F. Lee<br>William F. Lee (BBO #291960)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>   *Attorney for Abbott GmbH & Co., KG, and*<br>   *Abbott Bioresearch Center, Inc.* |

OF COUNSEL:

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
Meaghan Davant (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

**CERTIFICATE OF SERVICE**

      I certify that, on March 25, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

              /s/ William F. Lee
              William F. Lee