IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC. | ) ) ) C.A. No. 4:09-CV-11340 (FDS) |
| Plaintiffs, | ) ) ) JURY TRIAL DEMANDED |
| v. | ) ) |
| CENTOCOR ORTHO BIOTECH, INC., | ) ) |
| Defendant. | ) |

## [PROPOSED] AMENDED INITIAL SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(g) the Court ORDERS that the Initial Scheduling Order (Dkt. #44) be amended to include the following additional fact discovery deadlines:

- The Parties will make its election as to whether to waive privilege with regards to opinions of counsel within (10) days of the Court's *Markman* order;

- If a Party elects to waive privilege, all relevant and responsive documents will be produced and all relevant written discovery responses supplemented within twenty (20) days of the Court's *Markman* order; and

- If a Party elects to waive privilege, depositions (both individuals and 30(b)(6) depositions) will be scheduled within thirty-five (35) days of the Court's *Markman* order.

All other deadlines remain unchanged.

ORDERED this 12th day of May, 2010.

JUDGE F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE