# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| ABBOTT GMBH & CO., KG; and ABBOTT BIORESEARCH CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Defendant. | Civil Action No. 4:09-cv-11340 |

## UNOPPOSED MOTION TO MODIFY INITIAL SCHEDULING ORDER

Defendant Centocor Ortho Biotech, Inc. hereby requests that the deadline for its Preliminary Invalidity and Non-Infringement Disclosures be extended from May 24, 2010 until June 7, 2010, so that Defendant may respond to Plaintiffs' Supplemental Infringement Disclosure served May 10, 2010.

Counsel for Defendant has conferred with counsel for Plaintiffs, who indicated that they do not oppose the requested extension.

Defendant is not seeking an extension of any other deadlines through this Motion, and the granting of the Motion will not affect any other deadlines set forth in the Court's Initial Scheduling Order.

        CENTOCOR ORTHO BIOTECH, INC.,

        By its attorneys,

        /s/ Heather B. Repicky
        Heather B. Repicky (BBO # 663347)
        hrepicky@nutter.com
        NUTTER McCLENNEN & FISH LLP
        Seaport West
        155 Seaport Boulevard
        Boston, MA 02210
        617-439-2000

        -and-

        Dianne B. Elderkin (*pro hac vice*)
        delderkin@akingump.com
        Barbara L. Mullin (*pro hac vice*)
        bmullin@akingump.com
        Steven D. Maslowski (*pro hac vice*)
        smaslowski@akingump.com
        Matthew A. Pearson (*pro hac vice*)
        mpearson@akingump.com
        AKIN GUMP STRAUSS HAUER & FELD LLP
        Two Commerce Square
        2001 Market Street, Suite 4100
        Philadelphia, PA 19103-7013
        215-965-1200

Dated: May 20, 2010

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendant conferred with counsel for Plaintiffs on the subject of this motion, and was advised that Plaintiffs have no opposition to this motion.

        /s/ Heather B. Repicky

## CERTIFICATE OF SERVICE

I certify that, on May 20, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Heather B. Repicky

1922688.1