**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| ABBOTT GMBH & CO., KG; and ABBOTT BIORESEARCH CENTER, INC.,<br><br>               Plaintiffs,<br><br>               v.<br><br>CENTOCOR ORTHO BIOTECH INC.,<br><br>               Defendant. | Civil Action No. 4:09-cv-11340-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please take notice that John F. Murphy of Woodcock Washburn LLP hereby withdraws his appearance as counsel for Defendant Centocor Ortho Biotech Inc. in this action.

Date:  June 25, 2010                    CENTOCOR ORTHO BIOTECH, INC.

                                            By its attorneys,

                                            /s/ Heather B. Repicky
                                            Heather B. Repicky (BBO # 663347)
                                            NUTTER MCCLENNEN & FISH LLP
                                            Seaport West
                                            155 Seaport Boulevard
*Of counsel:*                             Boston, MA 02210
    Dianne B. Elderkin                 617-439-2000
    Barbara L. Mullin                  FAX: 617-310-9000
    Steven D. Maslowski
    Matthew A. Pearson
    AKIN GUMP STRAUSS
    HAUER & FELD LLP
    Two Commerce Square
    2001 Market Street, Suite 4100
    Philadelphia, PA 19103-7013
    215-965-1200
    FAX: 215-965-1210

## CERTIFICATE OF SERVICE

      I certify that, on June 25, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ Heather B. Repicky

1932080.1