**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| ABBOTT GMBH & CO., KG; and ABBOTT BIORESEARCH CENTER, INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CENTOCOR ORTHO BIOTECH INC.,<br><br>                    Defendant. | Civil Action No. 4:09-cv-11340-FDS |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

Pursuant to Local Rule 83.5.2(c), please take notice that James Vaughn Spencer of

Woodcock Washburn LLP hereby withdraws his appearance as counsel for Defendant Centocor

Ortho Biotech Inc. in this action.


Date:  June 25, 2010

CENTOCOR ORTHO BIOTECH, INC.

By its attorneys,

/s/ Heather B. Repicky_____
Heather B. Repicky (BBO # 663347)
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9000

*Of counsel:*
    Dianne B. Elderkin
    Barbara L. Mullin
    Steven D. Maslowski
    Matthew A. Pearson
    AKIN GUMP STRAUSS
    HAUER & FELD LLP
    Two Commerce Square
    2001 Market Street, Suite 4100
    Philadelphia, PA 19103-7013
    215-965-1200
    FAX: 215-965-1210

## CERTIFICATE OF SERVICE

I certify that, on June 25, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Heather B. Repicky

1932079.1