# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG,<br>ABBOTT BIORESEARCH CENTER, INC.<br>AND ABBOTT BIOTECHNOLOGY LTD.,<br><br>                Plaintiffs,<br><br>            v.<br><br>CENTOCOR ORTHO BIOTECH, INC. AND<br>CENTOCOR BIOLOGICS, LLC.,<br><br>                Defendants. | Civil Action No. 4:09-cv-11340-FDS |

## **PLAINTIFFS' ANSWER TO COUNTERCLAIMS**

Plaintiffs Abbott GmbH & Co., KG ("Abbott GmbH"), Abbott Bioresearch Center, Inc. ("ABC") and Abbott Biotechnology Ltd. ("ABL") (collectively, "Abbott") hereby respond to the Counterclaims asserted by Defendants Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC (collectively "Centocor") in its Answer and Counterclaims in Response to Plaintiffs' First Amended Complaint as follows:

## PARTIES

1. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Admitted.

4. Admitted.

5. Admitted.

## JURISDICTION AND VENUE

6. The allegations contained in Paragraph 6 contain conclusions of law to which no response is required.

7. The allegations contained in Paragraph 7 contain conclusions of law to which no response is required.

8. Admitted.

9. Admitted.

10. The allegations contained in Paragraph 10 contain conclusions of law to which no response is required.

## FIRST COUNTERCLAIM
### (Non-Infringement of the '128 Patent)

11. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

12. Denied.

13. Denied.

## SECOND COUNTERCLAIM
### (Non-Infringement of the '485 Patent)

14. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

15. Denied.

16. Denied.

## THIRD COUNTERCLAIM
### (Invalidity of the '128 Patent)

17. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

18. Denied.

19. Denied.

## FOURTH COUNTERCLAIM
### (Invalidity of the '485 Patent)

20. Abbott restates and incorporates by reference its responses to the allegations contained in the preceding paragraphs as though fully set forth herein.

21. Denied.

22. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Abbott respectfully requests that this Court enter an order:

a) Dismissing Centocor's counterclaims with prejudice;

b) Denying Centocor's request for a declaration that Centocor has not infringed and is not infringing any claim of the '128 patent, and/or that the patent and each of its claims are invalid;

c) Denying Centocor's request for a declaration that Centocor has not infringed and is not infringing any claim of the '485 patent, and/or that the patent and each of its claims are invalid;

d) Denying Centocor's request for a determination that this is an exceptional case under 35 U.S.C. § 285 and for an award of costs, attorney's fees and disbursements to Centocor;

e) Granting Abbott the relief requested in its Complaint; and

f) Awarding Abbott such further relief as this Court deems just and equitable.

| | |
|---|---|
| DATE: August 11, 2010 | By: /s/ Robert J. Gunther, Jr.<br>Robert J. Gunther, Jr.<br>Jane M. Love, Ph.D.<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>399 Park Avenue<br>New York, New York  10022<br>Tel:  (212) 230-8800<br>Fax:  (212) 230-8888<br><br>William F. Lee (BBO #291960)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br><br>Amy K. Wigmore<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Tel:  (202) 663-6000<br>Fax:  (202) 663-6363<br><br>William W. Kim, Ph.D.<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, California  94304<br>Tel:  (650) 858-6000<br>Fax:  (650) 858-6100<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Abbott GMBH, ABC and ABL* |

**CERTIFICATE OF SERVICE**

I certify that, on August 11, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Meaghan H. Davant