WILMERHALE

Jacob Steven Oyloe

+1 202 663 6093 (t)
+1 202 663 6363 (f)
jacob.oyloe@wilmerhale.com

**Via Email**

August 9, 2010

Angela Verrecchio
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103

Re:     ***Abbott GmbH & Co., KG et al.. v. Centocor Ortho Biotech, Inc. et al., C.A. No. 4:09-CV-11340 (D. Mass.)***

Dear Angie:

Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., Abbott Biotechnology Ltd. ("Abbott") continue to work diligently with Wilmer Hale to locate and contact all third-parties identified in Abbott's initial disclosures.  As per the Court's instruction from the July 9, 2010 status conference, below is a summary of the current representation of those third parties.

Wilmer Hale will be representing the following individuals, and all communication directed to these parties should be sent to Wilmer Hale:

- Dr. Subhashis Banerjee

- Dr. Elaine Derbyshire (Broadbent)

- Dr. Stuart Friedrich

- Dr. Thor Holtet

- Mr. Paul Sakorafas

- Dr. Daniel Tracey

- Amy Venturini

It is our understanding that the following individuals will be represented by outside counsel for Pfizer, and all communication should be sent to Michelle Winneker, in-house counsel at Pfizer, who can be reached at  973-660-5777, with a copy of all formal communications (e.g. notices of deposition) sent to WilmerHale :

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing     Berlin     Boston     Brussels     Frankfurt     London     Los Angeles     New York     Oxford     Palo Alto     Waltham     Washington

WILMERHALE

Angela Verrecchio
August 9, 2010
Page 2

- Dr. Nicholas W. Warne

- Ms. Angela Widom

We are still in the process of determining who will be representing the following individuals, so at this time, all communications should be directed to Scott Alban, in-house counsel at Medimmune, who can be reached at 301-398-4176, with a copy of all formal communications (e.g. notices of deposition) sent to WilmerHale:

- Ms. Sara Carmen

- Dr. John Elvin

We are in the process of finalizing agreements regarding the representation of the following individuals, should the status of their representation change WilmerHale will promptly let you know, in the meantime all communication directed to these individuals should be sent to WilmerHale:

- Dr. Alex Duncan

- Mr. Michael Roguska

Despite diligent efforts, we have been unable to contact the following individuals, and neither Abbott, nor Wilmer Hale, know who, if anyone, will be representing these parties:

- Dr. Sarah Du Fou

- Dr. Angela Myles (Kantor)

- Dr. Michael Paskind

- Dr. Stephen Smith

WILMERHALE

Angela Verrecchio
August 9, 2010
Page 3


        To the extent any of the above information changes, we will notify you as soon as possible.  Please feel free to call should you have any questions or wish to discuss this issue further.

Regards,

___/Jacob Steven Oyloe/_____
Jacob Steven Oyloe