| | |
|---|---|
| **From:** | Vento, Maria |
| **To:** | Pearson, Matthew; Verrecchio, Angela |
| **Cc:** | Oyloe, Jacob |
| **Subject:** | Abbott v. Centocor; Proposed Schedule |
| **Date:** | Wednesday, August 25, 2010 2:38:42 PM |
| **Attachments:** | PROPOSED Abbott Centocor IL-12 Case Schedule.DOC |

Angie and Matt -

Further to our discussion today, attached please find a proposed case schedule for your consideration. This schedule incorporates the extension that Centocor proposed for completion of fact discovery.

Please let us know if Centocor would be agreeable to jointly approaching the Court with this proposed schedule, or if you would like to discuss.

Best Rgds, Maria

**Maria K. Vento | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6038 (t)
+1 650 858 6100 (f)
maria.vento@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**DRAFT**
**ATTORNEY WORK PRODUCT**
**AUGUST 20, 2010**

# Abbott/IL-12 Case

# Proposed Schedule

| EVENT: | PROPOSED DATE: | |
|---|---|---|
| *Markman* Hearing | Week of November 1, 2010 | |
| Close of Fact Discovery | December 31, 2010 | |
| Exchange Expert Reports (for topics upon which the parties have the burden of proof) | February 4, 2011 | |
| Exchange Rebuttal Expert Reports | March 7, 2011 | |
| Expert Discovery Cut-off | April 1, 2011 | |
| File Any Dispositive Motions (Including *Daubert* Motions) | April 15, 2011 | |
| Oppositions to Dispositive Motions (Including *Daubert* Motions) | April 29, 2011 | |
| Exchange Witness Lists and Exhibit Lists | April 29, 2011 | |
| Exchange Affirmative Deposition Designations | April 29, 2011 | |
| Exchange Proposed Jury Instructions and Form of Verdict | May 20, 2011 | |
| Exchange Objections to Witness Lists and Exhibits Lists | May 20, 2011 | |
| File Motions in *Limine* | May 20, 2011 | |
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | May 20, 2011 | |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections. | May 27, 2009 | |

1

**DRAFT**
**ATTORNEY WORK PRODUCT**
**AUGUST 20, 2010**

| | | |
|---|---|---|
| File Oppositions to Motions *in Limine* | June 3, 2011 | |
| File Joint Pretrial Memorandum<br>File Joint Proposed Jury Instructions and Form of Verdict | Meet and Confer 15 days before pretrial conference<br><br>Filed 5 business days before pretrial conference | |
| Trial Brief | 5 days before trial | |
| Final Pre-Trial Conference;<br>Hearing on Motions in Limine; | June/July 2011 | |
| **Trial** | **June/July 2011** | |