IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendants. | Civil Action No. 4:09-cv-11340-FDS <br><br><br> **Jury Trial Demanded** |

## [PROPOSED] ORDER EXTENDING THE FACT DISCOVERY DEADLINE

Having considered Centocor's Motion to Extend the Fact Discovery Deadline, and the arguments of the parties for and against the Motion,

IT IS HEREBY ORDERED THAT:

Centocor's Motion is granted.  Fact discovery will close on April 30, 2010.

Signed this __ day of September, 2010.

_____
JUDGE F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE