# EXHIBIT B

WILMERHALE

Jacob Steven Oyloe

+1 202 663 6093 (t)
+1 202 663 6363 (f)
jacob.oyloe@wilmerhale.com

**Via Email and Federal Express**

July 2, 2010

Matthew A. Pearson
Angela Verrecchio, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103


Re:   *Abbott GmbH & Co., KG and Abbott Bioresearch Center, Inc. v. Centocor Ortho Biotech, Inc., C.A. No. 4:09-CV-11340 (D. Mass.)*

Dear Matt and Angie:

Enclosed please find one (1) hard drive containing Plaintiffs' additional document production with the following bates numbers: ABT-IL 12-01537345 – ABT-IL 12-02246188.

Please note that many of these documents have been marked as "CONFIDENTIAL" pursuant to the May 13, 2010 Protective Order.

Regards,


____/Jacob Steven Oyloe/_____
Jacob Steven Oyloe