# EXHIBIT C

# WILMERHALE

**Jacob Steven Oyloe**

+1 202 663 6093 (t)
+1 202 663 6363 (f)
jacob.oyloe@wilmerhale.com

**Via Email and Federal Express**

July 16, 2010

Matthew A. Pearson
Angela Verrecchio, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103


Re:   *Abbott GmbH & Co., KG and Abbott Bioresearch Center, Inc. v. Centocor Ortho Biotech, Inc., C.A. No. 4:09-CV-11340 (D. Mass.)*

Dear Matt and Angie:

Enclosed please find three (3) hard drives and two (2) cds containing Plaintiffs' additional document production with the following bates numbers: ABT-IL 12-02246189 - ABT-IL 12-03139768.

Please note that many of these documents have been marked as "CONFIDENTIAL" pursuant to the May 13, 2010 Protective Order.

Regards,


____/Jacob Steven Oyloe/_____
Jacob Steven Oyloe