## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABBOTT GMBH & CO., KG, AND ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendant. | Civil Action No. 4:09-cv-11340-FDS <br><br> **Jury Trial Demanded** |

### JOINT MOTION FOR EXTENSION OF DEADLINE
### TO FILE REPLY CLAIM CONSTRUCTION BRIEFS

Plaintiffs Abbott GmbH & Co., KG , Abbott Bioresearch Center, Inc. and Abbott Biotechnology Ltd. (collectively, "Abbott") and Defendants Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC. (collectively, "Centocor") respectfully seek a ten-day extension of the deadline for simultaneously exchanging and filing reply claim construction briefs, up to and including October 4, 2010.

On March 2, 2010, the Court entered an Initial Scheduling Order that directed the parties to exchange and file simultaneously their preliminary claim construction briefs no later than September 10, 2010, and their reply claim construction briefs no later than September 24, 2010. [Dkt. No. 44.] During a status conference on September 9, 2010, the Court scheduled a claim construction hearing for November 9, 2010. The parties exchanged and filed preliminary claim construction briefs on September 10, 2010. [Dkt. Nos. 81-84.] As part of its filing, Abbott included a supporting witness declaration from Dr. Michael J. Grusby, Ph.D. [Dkt. No. 84.] Centocor has requested to take the deposition of Dr. Grusby on the statements and opinions

expressed in his declaration, for purposes of addressing these statements and opinions in its reply claim construction brief.  In order to accommodate this request and the schedule of the witness, the parties respectfully seek a ten-day extension of time up to and including October 4, 2010, to exchange and file simultaneously their reply claim construction briefs.  The parties agree that this extension will not affect any other deadlines in the present action.

WHEREFORE, the parties respectfully request that the Court grant this Motion.

DATE: September 17, 2010                           Respectfully submitted


/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (*pro hac vice*)
Jane M. Love, Ph.D. (*pro hac vice*)
Violetta G. Watson (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
Tel:  (212) 230-8800
Fax:  (212) 230-8888

William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Amy K. Wigmore (*pro hac vice*)
Amy J. Nelson (*pro hac vice*)
Meaghan Davant (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363

William W. Kim, Ph.D. (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*Attorneys for Plaintiffs and Counterclaim-Defendants Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd*


/s/ Dianne B. Elderkin *(with permission)*
Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
AKIN GUMP STRAUSS HAUER &
    FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
215-965-1200
FAX: 215-965-1210

Domingo LLagostera
dllagostera@akingump.com
AKIN GUMP STRAUSS HAUER &
    FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
713-220-5800
FAX: 713-236-0822

                Heather P. Repicky (BBO # 663347)
                NUTTER MCLENNEN & FISH LLP
                World Trade Center West
                155 Seaport Boulevard
                Boston, MA 02210
                617-439-2000
                FAX: 617-310-9000

                *Attorneys For Defendants Centocor Ortho*
                *Biotech, Inc. and Centocor Biologics, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that, on September 17, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ Violetta G. Watson