# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendant. | C.A. No. 4:09-CV-11340 (FDS) <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Matthew A. Pearson, declare and state as follows:

1. I am an attorney at the law firm Akin Gump Strauss Hauer and Feld LLP, counsel for Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC, and as such I am familiar with the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the September 30, 2010 deposition of Michael J. Grusby, Ph.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,914,128.

4. Attached hereto as Exhibit 3 is a true and correct copy of Abbotts' Tutorial submitted to the U.S. Patent Office and dated May 29, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 4, 2010

_____

Matthew A. Pearson