# EXHIBIT 10

Paper No. _____

Filed on Behalf of:  Party Centocor
By: Barry E. Bretschneider
 Peter J. Davis
 Morrison & Foerster LLP
 1650 Tysons Boulevard, Suite 400
 McLean, Virginia 22102
 Telephone:  (703) 760-7700
 Facsimile:  (703) 760-7777
 E-Mail:  bbretschneider@mofo.com
 E-Mail:  pdavis@mofo.com

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES
_____

Centocor, Inc.,
Junior Party
(U.S. Application 10/912,994),

*v.*

Abbott GmbH & Co., KG,
Senior Party
(U.S. Patent 6,914,128).
_____

Patent Interference No. 105,592 (MPT)
(Technology Center 1600)
_____

**CENTOCOR CLEAN COPY OF CLAIMS**

va-226381

2

1   Pursuant to Board Rule 110(a), junior party Centocor submits a clean copy of the
2   claims in its involved application that are designated as corresponding to the Count as the
3   Appendix of Claims attached hereto.
4       Dated:  December 18, 2007
5                               Respectfully submitted,
6
7
8
9           By:   /s/  Barry E. Bretschneider
10                Barry E. Bretschneider
11                Reg. No. 28,055
12
13                LEAD ATTORNEY FOR CENTOCOR
14
15                Morrison & Foerster LLP
16                1650 Tysons Boulevard, Suite 400
17                McLean, Virginia 22102
18                Telephone:  (703) 760-7700
19                Facsimile:  (703) 760-7777

va-226381                    2

3

# APPENDIX OF CLAIMS

1. An isolated human antibody, or an antigen-binding portion thereof, that binds to human IL-12, wherein said human antibody is a neutralizing antibody.

102. An isolated human antibody, or antigen-binding portion thereof that binds to human IL-12 and disassociates from human IL-12 with a $K_D$ of $1 \times 10^{-10}$M or less, as determined by surface plasmon resonance.

103. An isolated human antibody, or an antigen-binding portion thereof, which disassociates from human IL-12 with a $K_D$ of $1 \times 10^{-10}$M or less and binds to an epitope on the p40 subunit of human IL-12.