# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC. AND ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendants. | Civil Action No. 4:09-cv-11340-FDS |

## NOTICE OF COMPLIANCE REGARDING PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INFRINGEMENT DISCLOSURES

Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. ("Plaintiffs") hereby notify the Court that pursuant to paragraph 1(b) of the Court's Initial Scheduling Order (Dkt. No. 44), on October 8, 2010, Plaintiffs served Defendant Centocor Ortho Biotech, Inc. with supplemental preliminary infringement disclosures.

DATE: October 8, 2010

By: /s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.
Jane M. Love, Ph.D.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
Tel:  (212) 230-8800
Fax:  (212) 230-8888

        William F. Lee (BBO #291960)
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        60 State Street
        Boston, Massachusetts  02109
        Tel:  (617) 526-6000
        Fax:  (617) 526-5000

        Amy K. Wigmore
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Tel:  (202) 663-6000
        Fax:  (202) 663-6363

        William W. Kim, Ph.D.
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        1117 California Avenue
        Palo Alto, California  94304
        Tel:  (650) 858-6000
        Fax:  (650) 858-6100

        *Attorneys for Plaintiffs and Counterclaim-Defendants Abbott GMBH, ABC and ABL*

## CERTIFICATE OF SERVICE

I certify that, on October 8, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Robert J. Gunther, Jr.