**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC. AND ABBOTT BIOTECHNOLOGY, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendants. | Civil Action No. 4:09-cv-11340-FDS <br><br> **Jury Trial Demanded** |

**ASSENTED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF**
**<u>AMY J. NELSON AND ALEXANDRA MCTAGUE</u>**

Pursuant to Local Rule 83.5.2(c), Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc. and Abbott Biotechnology, Ltd. ("Abbott"), by and through Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York, hereby move for leave of court to withdraw the appearances of Amy J. Nelson and Alexandra McTague, both of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel for Abbott. Abbott has conferred with Defendants Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC., and they do not oppose this motion.

                                      ABBOTT GMBH & CO., KG ,
                                      ABBOTT BIORESEARCH CENTER INC.
                                      AND ABBOTT BIOTECHNOLOGY, LTD.

DATE: October 13, 2010                      By its attorneys,

                                      /s/ Robert J. Gunther, Jr.
                                    Robert J. Gunther, Jr.
                                    Jane M. Love, Ph.D.
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    399 Park Avenue
                                    New York, New York  10022
                                    Tel:  (212) 230-8800
                                    Fax:  (212) 230-8888

                                    William F. Lee (BBO #291960)
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    60 State Street
                                    Boston, Massachusetts  02109
                                    Tel:  (617) 526-6000
                                    Fax:  (617) 526-5000

                                    Amy K. Wigmore
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    1875 Pennsylvania Avenue, NW
                                    Washington, DC  20006
                                    Tel:  (202) 663-6000
                                    Fax:  (202) 663-6363

                                    William W. Kim, Ph.D.
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    1117 California Avenue
                                    Palo Alto, California  94304
                                    Tel:  (650) 858-6000
                                    Fax:  (650) 858-6100

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant on the subject of this motion, and was advised that Defendant has no opposition to this motion.

/s/ Robert J. Gunther, Jr.

## CERTIFICATE OF SERVICE

I certify that, on October 13, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Robert J. Gunther, Jr.