# EXHIBIT 5

**From:** Watson, Violetta [mailto:Violetta.Watson@wilmerhale.com]
**Sent:** Monday, November 15, 2010 6:41 PM
**To:** Pearson, Matthew; Gunther, Jr., Robert J.
**Subject:** RE: Abbott GmbH v Centocor

Matt,

We have decided it is unnecessary, so we will not be to relying on the argument from the Federal Circuit appeal in our Nov. 19 submission.

Regards,
Violetta

**From:** Pearson, Matthew [mailto:mpearson@AKINGUMP.com]
**Sent:** Monday, November 15, 2010 5:02 PM
**To:** Gunther, Jr., Robert J.
**Cc:** Watson, Violetta
**Subject:** FW: Abbott GmbH v Centocor

I apologize.  Here is the attachment.

**From:** Pearson, Matthew
**Sent:** Monday, November 15, 2010 5:01 PM
**To:** 'robert.gunther@wilmerhale.com'
**Cc:** 'Watson, Violetta'
**Subject:** Abbott GmbH v Centocor

Bob –

Please see the attached correspondence.

Regards,
Matt

**Matthew A. Pearson**
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
215.965.1258 direct
215.965.1210 fax
mpearson@akingump.com