# EXHIBIT 6



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 959     7590     12/29/2008 | | |
| LAHIVE & COCKFIELD, LLP | | |
| FLOOR 30, SUITE 3000 | | |
| ONE POST OFFICE SQUARE | | |
| BOSTON, MA 02109 | | |

| EXAMINER |
|---|
| HISSONG, BRUCE D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1646 | |

DATE MAILED: 12/29/2008

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/884,830 | 07/01/2004 | Jochen Salfeld | BBI-093CPDV | 5175 |

TITLE OF INVENTION: HUMAN ANTIBODIES THAT BIND HUMAN IL-12

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/30/2009 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION** ON **THE MERITS IS CLOSED**. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

CONFIDENTIAL

ABT-IL12-03614757

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

959     7590     12/29/2008

LAHIVE & COCKFIELD, LLP
FLOOR 30, SUITE 3000
ONE POST OFFICE SQUARE
BOSTON, MA 02109

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/884,830 | 07/01/2004 | Jochen Salfeld | BBI-093CPDV | 5175 |

TITLE OF INVENTION: HUMAN ANTIBODIES THAT BIND HUMAN IL-12

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/30/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HISSONG, BRUCE D | 1646 | 530-388230 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,     1_____
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.     2_____
   3_____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.
   (A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
   ☐ Issue Fee
   ☐ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
   ☐ A check is enclosed.
   ☐ Payment by credit card. Form PTO-2038 is attached.
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CONFIDENTIAL                                                                                                      ABT-IL12-03614758



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/884,830 | 07/01/2004 | Jochen Salfeld | BBI-093CPDV | 5175 |

959            7590            12/29/2008
LAHIVE & COCKFIELD, LLP
FLOOR 30, SUITE 3000
ONE POST OFFICE SQUARE
BOSTON, MA 02109

| EXAMINER |
|---|
| HISSONG, BRUCE D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1646 |  |

DATE MAILED: 12/29/2008

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 676 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 676 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

CONFIDENTIAL                                                                                     ABT-IL12-03614759

|  | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 10/884,830 | SALFELD ET AL. |
|  | Examiner | Art Unit |
|  | Bruce D. Hissong, Ph.D. | 1646 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment received on 10/10/2008*.

2. ☒ The allowed claim(s) is/are *142-152, 156-167, 171-179, 201-204, 207-210, 213-216, and 219-225 (renumbered as claims 1-51)*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
       Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08),
   Paper No./Mail Date *4/22/08, 6/17/08, 8/22/08, 10/10/08, 12/11/08*
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
   Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

**CONFIDENTIAL**                                                                                                                              ABT-IL12-03614761

Application/Control Number: 10/884,830                                                                                          Page 2
Art Unit: 1646

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Applicant's representative, Maria Laccotripe Zacharakis, on 12/8/2008 and 12/18/2008.

Information Disclosure Statements

The information disclosure statements received on 4/22/2008, 6/17/2008, 8/22/2008, 10/102008, and 12/11/2008 have been fully considered.

Claim Amendments

1. Please amend claim 142 to read "A pharmaceutical composition comprising an isolated human antibody, or antigen-binding portion thereof, which is capable of binding to an epitope of the p40 subunit of IL-12, and further comprising an additional agent."

2. Please amend claim 159 to read "A pharmaceutical composition comprising an isolated human antibody, or antigen-binding portion thereof, which is capable of binding to an interleukin comprising a p40 subunit, and further comprising an additional agent."

3. In claims 148-150, please amend the phrase "neutralizes the biological activity" to instead read "neutralizes a biological activity".

4. In claim 166, please amend the phrase "neutralizes the biological activity" to instead read "neutralizes a biological activity".

Application/Control Number: 10/884,830                                                              Page 3
Art Unit: 1646

## EXAMINER'S COMMENTS

Information Disclosure Statements

The information disclosure statements received on 4/22/2008, 6/17/2008, 8/22/2008, 10/102008, and 12/11/2008 have been fully considered.

Status of the Claims

In the amendment received on 10/10/2008, the Applicants cancelled claims 199-200, 205-206, 211-212, and 217-218, and have amended claims 142-152, 156-167, 171-175, 201, 207, 213, and 219 to incorporate limitations of the dependent claims which do not interfere with the claims of the '994 application, and new claims 223-225 were added.

Currently pending claims 142-152, 156-167, 171-179, 201-204, 207-210, 213-216, and 219-225 do not interfere with the claims of US Application No. 10/912,994, and are therefore allowable.

Advisory Information

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bruce D. Hissong, Ph.D., whose telephone number is (571)272-3324. The examiner can normally be reached M-F from 8:30 am - 5:00 pm. If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Gary Nickol, Ph.D., can be reached at (571) 272-0835. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Bruce D. Hissong
Art Unit 1646

/Robert Landsman/
Primary Examiner, Art Unit 1647

CONFIDENTIAL                                                                                      ABT-IL12-03614763

| Issue Classification | Application/Control No.<br>10884830 | Applicant(s)/Patent Under Reexamination<br>SALFELD ET AL. |
|---|---|---|
| | Examiner<br>Bruce D Hissong, Ph.D. | Art Unit<br>1646 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | |
|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | NON-CLAIMED |
| 530 | 388.23 | C O 7 K   16 / 24 () | |
| | | A 6 1 K   39 / 395 (2006.01.01) | |

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| 424 | 145.1 | | | | |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☒ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 142 | 17 | 161 | 33 | 177 | 49 | 220 | | | | | | | | |
| 2 | 143 | 18 | 162 | 34 | 178 | 50 | 221 | | | | | | | | |
| 3 | 144 | 19 | 163 | 35 | 179 | 51 | 222 | | | | | | | | |
| 4 | 145 | 20 | 164 | 36 | 201 | | | | | | | | | | |
| 5 | 146 | 21 | 223 | 37 | 202 | | | | | | | | | | |
| 6 | 147 | 22 | 224 | 38 | 203 | | | | | | | | | | |
| 7 | 148 | 23 | 225 | 39 | 204 | | | | | | | | | | |
| 8 | 149 | 24 | 165 | 40 | 207 | | | | | | | | | | |
| 9 | 150 | 25 | 166 | 41 | 208 | | | | | | | | | | |
| 10 | 151 | 26 | 167 | 42 | 209 | | | | | | | | | | |
| 11 | 152 | 27 | 171 | 43 | 210 | | | | | | | | | | |
| 12 | 156 | 28 | 172 | 44 | 213 | | | | | | | | | | |
| 13 | 157 | 29 | 173 | 45 | 214 | | | | | | | | | | |
| 14 | 158 | 30 | 174 | 46 | 215 | | | | | | | | | | |
| 15 | 159 | 31 | 175 | 47 | 216 | | | | | | | | | | |
| 16 | 160 | 32 | 176 | 48 | 219 | | | | | | | | | | |

| /Bruce D Hissong, Ph.D./<br>Examiner.Art Unit 1646<br><br>(Assistant Examiner) | 12/16/2008<br><br>(Date) | **Total Claims Allowed:**<br><br>51 | |
|---|---|---|---|
| /ROBERT LANDSMAN/<br>Primary Examiner.Art Unit 1647<br><br>(Primary Examiner) | 12/17/2008<br><br>(Date) | O.G. Print Claim(s)<br><br>1 | O.G. Print Figure<br><br>none |

U.S. Patent and Trademark Office                                                                                   Part of Paper No. 20081216

CONFIDENTIAL                                                                                                                               ABT-IL12-03614764



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# BIB DATA SHEET

**CONFIRMATION NO. 5175**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 10/884,830 | 07/01/2004 RULE | 530 | 1646 | BBI-093CPDV |

**APPLICANTS**
    Jochen Salfeld, North Grafton, MA;
    Michael Roguska, Ashland, MA;
    Michael Paskind, Sterling, MA;
    Subhashis Banerjee, Shrewsbury, MA;
    Daniel Tracey, Harvard, MA;
    Michael White, Framingham, MA;
    Zehra Kaymakcalan, Westborough, MA;
    Boris Labkovsky, Marlborough, MA;
    Paul Sakorafas, Newton, MA;
    Geertruida M. Veldman, Sudbury, MA;
    Amy Venturini, Lexington, MA;
    Angela Widom, Acton, MA;
    Stuart Friedrich, Cary, NC;
    Nicholas W. Warne, Andover, MA;
    Angela Myles, Andover, MA;
    John Gawain Elvin, Cambridge, UNITED KINGDOM;
    Alexander Robert Duncan, Cambridge, UNITED KINGDOM;
    Elaine Joy Derbyshire, Royston, UNITED KINGDOM;
    Sara Carmen, Cambridge, UNITED KINGDOM;
    Stephen Smith, Ely, UNITED KINGDOM;
    Thor Las Holtet, Royston, UNITED KINGDOM;
    Sarah Leila Du Fou, Hitchen, UNITED KINGDOM;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
    This application is a DIV of 09/534,717 03/24/2000 PAT 6,914,128  12/16/2008, BDH
      which claims benefit of 60/126,603 03/25/1999

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** None, BDH, 12/16/20008

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
    09/13/2004

| Foreign Priority claimed ☐ Yes ☒ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☒ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged  /BRUCE D HISSONG/ Examiner's Signature | Initials | MA | 14 | 141 | 41 |

**ADDRESS**
    LAHIVE & COCKFIELD, LLP
    FLOOR 30, SUITE 3000
    ONE POST OFFICE SQUARE
    BOSTON, MA 02109
    UNITED STATES

**TITLE**
    Human antibodies that bind human IL-12

BIB (Rev. 05/07).

CONFIDENTIAL    ABT-IL12-03614765

| | | |
|---|---|---|
| **FILING FEE RECEIVED** 9388 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ❏ All Fees<br>❏ 1.16 Fees (Filing)<br>❏ 1.17 Fees (Processing Ext. of time)<br>❏ 1.18 Fees (Issue)<br>❏ Other _____<br>❏ Credit |

BIB (Rev. 05/07).

CONFIDENTIAL                                                                                       ABT-IL12-03614766

PTO/SB/08B (01-08)
Approved for use through 03/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 10/884,830-Conf. #5175 |
| | | | Filing Date | July 1, 2004 |
| | | | First Named Inventor | Jochen G. SALFELD |
| | | | Art Unit | 1646 |
| | | | Examiner Name | B. D. Hissong |
| Sheet | 1 | of | 2 | Attorney Docket Number | BBI-093CPDV |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /BH/ | A1* | US-5,530,101 | 06-25-1996 | Queen et al. | |
| | A2* | US-5,650,492 | 07-22-1997 | Gately et al. | |
| | A3* | US-5,652,138 | 07-29-1997 | Burton et al. | |
| | A4* | US-5,910,486 | 06-08-1999 | Curiel et al. | |
| | A5* | US-20030070185 | 04-10-2003 | Jakobovits et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. * CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /BH/ | C1 | Cambridge Antibody Technology, "Clinical Trials From CAT," PR Newswire (1999) | |
| | C2 | Cambridge Antibody Technology Group plc, "Applying technology to target disease," Annual Report (1998) | |
| | C3 | Hoogenboom, Hennie R., "Designing and optimizing library selection strategies for generating high-affinity antibodies," *Trends Biotechnol.*, Vol. 15(2):62-70 (1997) | |
| | C4 | Riechmann, Lutz et al., "Phage Display and Selection of a Site-Directed Randomized Single-Chain Antibody Fv Fragment for Its Affinity Improvement," *Biochemistry*, Vol. 32:8848-8855 (1993) | |
| | C5 | Tomlinson, Ian M. et al., "The Imprint of Somatic Hypermutation on the Repertoire of Human Germline V Genes," *J. Mol. Biol.*, Vol. 256:813-817 (1996) | |
| | C6 | United States Patent and Trademark Office, "Patent Interference No. 105,592," CENTOCOR MOTION 1 (2007) | |
| | C7 | United States Patent and Trademark Office, "Patent Interference No. 105,592," Declaration (2007) | |

/Bruce Hissong/                                    12/16/2008

CONFIDENTIAL                                                                                                    ABT-IL12-03614767

PTO/SB/08B (01-08)
Approved for use through 03/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 10/884,830-Conf. #5175 |
| | | | Filing Date | July 1, 2004 |
| | | | First Named Inventor | Jochen G. SALFELD |
| | | | Art Unit | 1646 |
| | | | Examiner Name | B. D. Hissong |
| Sheet | 2 | of | 2 | Attorney Docket Number | BBI-093CPDV |

| /BH/ | C8 | Valiante, Nicholas M. et al., "Role of the Production of Natural Killer Cell Stimulatory Factor (NKSF/IL-12) in the Ability of B Cell Lines to Stimulate T and NK Cell Proliferation," *Cellular Immunology,* Vol. 145:187-198 (1992) | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/16/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: April 18, 2008     Electronic Signature for Maria Laccotripe Zacharakis, Ph.D., J.D.: /Maria Laccotripe Zacharakis/

CONFIDENTIAL
ABT-IL12-03614768

PTO/SB/08a (11-08)
Approved for use through 12/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 10/884,830-Conf. #5175 |
| | | | Filing Date | July 1, 2004 |
| | | | First Named Inventor | Jochen G. SALFELD |
| | | | Art Unit | 1646 |
| | | | Examiner Name | B. D. Hissong |
| Sheet | 1 | of 2 | Attorney Docket Number | BBI-093CPDV |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /BH/ | B1 | EP-0953639-A1 Corresponding to CL0857-1999 | 11-03-1999 | Boehringer Ingelheim International GmbH | | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/19/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: December 11, 2008          Electronic Signature for Maria Laccotripe Zacharakis, Ph.D., J.D.:  /MLZ/

806644-1

CONFIDENTIAL                                                                                           ABT-IL12-03614769

PTO/SB/08b (11-08)
Approved for use through 12/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | ***Complete if Known*** | |
|---|---|---|---|---|---|
| | | | | Application Number | 10/884,830-Conf. #5175 |
| | | | | Filing Date | July 1, 2004 |
| | | | | First Named Inventor | Jochen G. SALFELD |
| | | | | Art Unit | 1646 |
| | | | | Examiner Name | B. D. Hissong |
| Sheet | 2 | of | 2 | Attorney Docket Number | BBI-093CPDV |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| /BH/ | C1 | Daugherty, Patrick S. et al., "Antibody affinity maturation using bacterial surface display," *Protein Engineering*, Vol. 11(9):825-832 (1998) | |
| /BH/ | C2 | Short, Mary K. et al., "Contribution of Antibody Heavy Chain CDR1 to Digoxin Binding Analyzed by Random Mutagenesis of Phage-displayed 'Fab 26-10,'" *The Journal of Biological Chemistry*, Vol. 270(48):28541-28550 (1995) | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/19/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

806644-1

CONFIDENTIAL                                                                                                                    ABT-IL12-03614770


# WEST Search History for Application 10884830

## Creation Date: 2008121615:03

| Query | DB | Op. | Plur. | Thes. | Date |
|---|---|---|---|---|---|
| ((((interleukin or IL) adj 12) or IL12 or IL-12) | PGPB, USPT, USOC | OR | YES | | 12-16-2008 |
| ((antibod#3 near2 ((((interleukin or IL) adj 12) or IL12 or IL-12) ) ) or (anti adj ((((interleukin or IL) adj 12) or IL12 or IL-12) ) )) | PGPB, USPT, USOC | OR | YES | | 12-16-2008 |
| ((antibod$3 near2 ((((interleukin or IL) adj 12) or IL12 or IL-12) ) ) or (anti adj ((((interleukin or IL) adj 12) or IL12 or IL-12) ) )) | PGPB, USPT, USOC | OR | YES | | 12-16-2008 |
| human with ((antibod$3 near2 (((interleukin or IL) adj 12) or IL12 or IL-12) ) or (anti adj (((interleukin or IL) adj 12) or IL12 or IL-12) )) | PGPB, USPT, USOC | OR | YES | | 12-16-2008 |
| (human with ((antibod$3 near2 (((interleukin or IL) adj 12) or IL12 or IL-12) ) or (anti adj (((interleukin or IL) adj 12) or IL12 or IL-12) )) ) .clm. | PGPB, USPT, USOC | OR | YES | | 12-16-2008 |

CONFIDENTIAL     ABT-IL12-03614771

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10884830 | SALFELD ET AL. |
| | Examiner | Art Unit |
| | Bruce D Hissong, Ph.D. | 1646 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| None | None | 12/16/2008 | BDH |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| STIC sequence search: SEQ ID NOs 25, 26, 27, 28, 29, 30, 31, 32 (search results in SCORE) | 12/16/2008 | BDH |
| WEST, MEDLINE: update 5/7/07 search | 12/16/2008 | BDH |
| PALM: inventor search | 12/16/2008 | BDH |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| None | None | 12/16/2008 | BDH |
| | WEST claim search (see WEST search notes) | 12/16/2008 | BDH |
| | STIC sequence search - SEQ ID NOs 25-30 (interference) | 12/16/2008 | BDH |

U.S. Patent and Trademark Office                              Part of Paper No. : 20081216

CONFIDENTIAL                                                                   ABT-IL12-03614772

PTO/SB/08b (01-08)
Approved for use through 04/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | **Complete if Known** | |
|---|---|---|
| | Application Number | 10/884,830-Conf. #5175 |
| | Filing Date | July 1, 2004 |
| | First Named Inventor | Jochen G. SALFELD |
| | Art Unit | 1646 |
| | Examiner Name | B. D. Hissong |
| Sheet 1 of 1 | Attorney Docket Number | BBI-093CPDV |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /BH/ | C1 | Clark, Steven C., "Interleukin 12: Molecular, Biological and Clinical Perspectives," *Molecular Biology of Haematopoiesis*, Vol. 3:3-14 (1993) | |
| /BH/ | C2 | Trinchieri, Giorgio, "Interleukin-12 and its role in the generation of T$_H$1 cells," *Immunology Today*, Vol. 14(7):335-338 (1993) | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/16/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4). Dated: June 17, 2008     Electronic Signature for Jill Ann Mello, Ph.D., J.D.:  /JXM/ |
|---|

CONFIDENTIAL     ABT-IL12-03614773

PTO/SB/08b (08-08)
Approved for use through 08/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | **Complete if Known** | |
|---|---|---|
| | Application Number | 10/884,830-Conf. #5175 |
| | Filing Date | July 1, 2004 |
| | First Named Inventor | Jochen G. SALFELD |
| | Art Unit | 1646 |
| | Examiner Name | B. D. Hissong |
| Sheet  1  of  1 | Attorney Docket Number | BBI-093CPDV |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /BH/ | A1* | US-6,713,610 | 03-30-2004 | Kucherlapati et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /BH/ | B1 | EP-0638644 | 02-15-1995 | Hoffmann La Roche | | |
| | B2 | WO-98/16248 | 04-23-1998 | Us Health et al. | | |
| | B3 | WO-98/22137 | 05-28-1998 | Kennedy Inst Of Rheumatology et al. | | |
| | B4 | WO-99/22766 | 05-14-1999 | Strom Terry et al. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. * CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /BH/ | C1 | Hoogenboom, Hennie R. et al., "Antibody phage display technology and its applications," *Immunotechnology*, Vol. 4:1-20 (1998) | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/16/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: August 22, 2008      Electronic Signature for Maria Laccotripe Zacharakis, Ph.D., J.D.:  /MLZ/

CONFIDENTIAL                                                ABT-IL12-03614774

PTO/SB/08b (09-08)
Approved for use through 10/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | ***Complete if Known*** | |
|---|---|---|---|---|
| | | | Application Number | 10/884,830-Conf. #5175 |
| | | | Filing Date | July 1, 2004 |
| | | | First Named Inventor | Jochen G. SALFELD |
| | | | Art Unit | 1646 |
| | | | Examiner Name | B. D. Hissong |
| Sheet | 1 | of 2 | Attorney Docket Number | BBI-093CPDV |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. * CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /BH/ | C1 | Paper 128 of Patent Interference No. 105,592, Centocor, Inc., vs. Abbott GmbH & Co., KG (2008), entered July 1, 2008 | |
| /BH/ | C2 | Paper 20 of Patent Interference No. 105,592, Centocor, Inc., vs. Abbott GMBH & Co. KG (2008), entered Feb. 5, 2008 | |
| | | | |
| | | | |

| Examiner Signature | /Bruce Hissong/ | Date Considered | 12/16/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: October 10, 2008       Electronic Signature for Maria Laccotripe Zacharakis, Ph.D., J.D.: /MLZ/

CONFIDENTIAL       ABT-IL12-03614775