# EXHIBIT 7

Mail Stop Interference  
P.O. Box 1450  
Alexandria, VA 22313-1450  
Tel: 571-272-4683  
Fax: 571-273-0042

Paper No.: 1  
Filed December 12, 2007

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS  
AND INTERFERENCES

BB1-093CPDV

MAILED  
DEC 12 2007  
U.S. PATENT AND TRADEMARK OFFICE  
BOARD OF PATENT APPEALS  
AND INTERFERENCES

Johnson & Johnson  
Junior Party  
(U.S. Application 10/912,994),

v.

Abbott GMBH & Co., KG  
Senior Party  
(U.S. Patent 6,914,128).

Patent Interference No. 105,592 (MPT)  
(Technology Center 1600)

DECLARATION - Bd.R. 203(b)[1]

---

[1] "Bd.R. x" may be used as shorthand for "37 C.F.R. ' 41.x". 69 Fed. Reg. 49960, 49961 (12 Aug. 2004).

CONFIDENTIAL                                                                 ABT-IL12-00298720

Part A. Declaration of interference

An interference is declared (35 U.S.C. § 135(a)) between the above-identified parties. Details of the application(s), patent (if any), reissue application (if any), count(s) and claims designated as corresponding or as not corresponding to the count(s) appear in Parts E and F of this DECLARATION.

Part B. Judge managing the interference

Administrative Patent Judge Michael P. Tierney has been designated to manage the interference. Bd. R. 104(a).

Part C. Standing order

A Trial Section STANDING ORDER [SO] (Paper 2) accompanies this DECLARATION. The STANDING ORDER applies to this interference.

Part D. Initial conference call

A telephone conference call to discuss the interference is set for **2:00 p.m. on January 30, 2008** (the Board will initiate the call).

No later than four business days prior to the conference call, each party shall file and serve (SO ¶¶ 10.1 & 105) a list of the motions (Bd. R. 120; Bd. R. 204; SO ¶¶ 104.2.1, 120 & 204) the party intends to file.

A sample schedule for taking action during the motion phase appears as Form 2 in the STANDING ORDER. Counsel are encouraged to discuss the

**CONFIDENTIAL**                                                                                    ABT-IL12-00298721

schedule prior to the conference call and to agree on dates for taking action. A typical motion period lasts approximately eight (8) months. Counsel should be prepared to justify any request for a shorter or longer period.

Part E. Identification and order of the parties

### Junior Party

| | |
|---|---|
| Named inventors: | JILL GILES-KOMAR, DOWNINGTOWN, PA<br>DAVID M. KNIGHT, BERWYN, PA<br>DAVID PERITT, BALA CYNWYD, PA<br>BERNARD SCALLON, COLLEGEVILLE, PA<br>DAVID SHEALY, DOWNINGTOWN, PA |
| Application: | U.S. Application 10/912,994, filed August 6, 2004 |
| Title: | Anti-IL12 Antibodies, Compositions |
| Assignee: | Johnson & Johnson |

CONFIDENTIAL                                                                                          ABT-IL12-00298722

## Senior Party

| | |
|---|---|
| Named Inventors: | JOCHEN SALFELD, NORTH GRAFTON, MA |
| | MICHAEL ROGUSKA, ASHLAND, MA |
| | MICHAEL PASKIND, STERLING, MA |
| | SUBHASHIS BANERJEE, SHREWSBURY, MA |
| | DANIEL TRACEY, HARVARD, MA |
| | MICHAEL WHITE, FRAMINGHAM, MA |
| | ZEHRA KAYMAKCALAN, WESTBOROUGH, MA |
| | BORIS LABKOVSKY, MARLBOROUGH, MA |
| | PAUL SAKORAFAS, NEWTON, MA |
| | GEERTRUIDA M. VELDMAN, SUDBURY, MA |
| | AMY VENTURINI, LEXINGTON, MA |
| | ANGELA WIDOM, ACTON, MA |
| | STUART FRIEDRICH, MELROSE, MA |
| | NICHOLAS W. WARNE, ANDOVER, MA |
| | ANGELA MYLES, ANDOVER, MA |
| | JOHN GAWAIN ELVIN, CAMBRIDGE, UK |
| | ALEXANDER R. DUNCAN, CAMBRIDGE, UK |
| | ELAINE JOY DERBYSHIRE, ROYSTON, UK |
| | SARA CARMEN, CAMBRIDGE, UK |
| | THOR LAS HOLTET, ROYSTON, UK |
| | SARAH LEILA DU FOU, HITCHEN, UK |
| | STEVE SMITH, ELY, UK |
| Involved Patent: | U.S. Patent 6,914,128, issued July 5, 2005, based upon U.S. Application 09/534,717, filed March 24, 2000 |
| Title: | Human Antibodies that Bind IL-12 and Methods for Producing |
| Assignee: | Abbott GMBH & Co., KG |

CONFIDENTIAL                                                                ABT-IL12-00298723

The senior party is assigned exhibit numbers 1001-1999. The junior party is assigned exhibit numbers 2001-2999. Bd. R. 154(c)(1); SO ¶ 154.2.1. The senior party is responsible for initiating settlement discussions. SO ¶ 126.1.

Part F. Count and claims of the parties

Count 1

An isolated human antibody according to claim 1 of U.S. Application 10/912,994 or claim 1 of U.S. Patent 6,914,128

The claims of the parties are:

    J&J, U.S. Application 10/912,994:    1, 102 and 103

    Abbot, U.S. Patent 6,914,128:    1-74

The claims of the parties which correspond to Count 1 are:

    J&J, U.S. Application 10/912,994:    1, 102 and 103

    Abbot, U.S. Patent 6,914,128:    1-15, 27-40 and 50-64

The claims of the parties which do not correspond to Count 1, and therefore are not involved in the interference, are:

    J&J, U.S. Application 10/912,994:    None

    Abbot, U.S. Patent 6,914,128:    16-26, 41-49 and 65-74

CONFIDENTIAL    ABT-IL12-00298724

The parties are accorded the following benefit for Count 1:

J&J:

    i)    U.S. Application 09/920,262, filed August 1, 2001, issued as U.S. Patent 6,902,734 on June 7, 2005.

    ii)    U.S. Provisional Application 60/236,827, filed September 29, 2000

    iii)    U.S. Provisional Application 60/223,358, filed **August 7, 2000**.

Abbot:

    i)    U.S. Provisional Application 60/126,603, filed **March 25, 1999**

CONFIDENTIAL    ABT-IL12-00298725

Part G. Heading to be used on papers

The following heading must be used on all papers filed in this interference, see SO ¶ 106.1.1:

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

Johnson & Johnson
Junior Party
(U.S. Application 10/912,994),

v.

Abbott GMBH & Co., KG
Senior Party
(U.S. Patent 6,914,128).
Patent Interference No. 105,592 (MPT)
(Technology Center 1600)

Part H. Order form for requesting file copies

When requesting copies of files, use of SO Form 4 will greatly expedite processing of the request. Please attach a copy of Parts E and F of this DECLARATION with a hand-drawn circle around the patents and applications for which a copy of a file wrapper is requested.

/Michael P. Tierney/
Administrative Patent Judge

-7-

CONFIDENTIAL

Enc:
    Copy of STANDING ORDER
    Copy U.S. Patent 6,914,128
    Copy of claims of U.S. Application 10/912,994

Revised 3 January 2006


cc (via overnight delivery):

Attorney for Johnson and Johnson

Philip S. Johnson
**JOHNSON & JOHNSON**
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ  08933-7003
Tel: (732)524-3967

Attorney for Abbott GMBH & CO., KG

Giulio A. Deconti, Jr. Esq.
**LAHIVE & COCKFIELD, LLP**
1 Post Office Square, 30th Floor
Boston, MA 02109
Tel: (617)227-7400
Fax: (617)742-4214

CONFIDENTIAL    ABT-IL12-00298727