# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4:09-CV-11340 (FDS) |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS**

Centocor seeks leave to amend its Preliminary Invalidity and Non-Infringement Contentions, in the form attached as Exhibit A to this motion.

First, Centocor seeks leave to add an additional prior art reference that was identified during discovery (Tomlinson et al., J. Mol. Biol. 256:813 (1996)).  Abbott has stated that it does not oppose this motion as it applies to this amendment.

Second, Centocor seeks leave to amend its non-infringement contentions to state that the accused product is not a "human antibody" as defined by the asserted patents.  Centocor respectfully contends that there is good cause for this amendment in light of facts that arose during discovery in this case, for the reasons set forth in Centocor's Memorandum of Law in Support of Motion to Amend Claim Construction Pleadings filed with the Court on February 22.

Respectfully submitted,

Date:  February 23, 2010         By: /s/ Dianne Elderkin
                                     Dianne B. Elderkin (*pro hac vice*)
                                     delderkin@akingump.com
                                     Barbara L. Mullin (*pro hac vice*)
                                     bmullin@akingump.com
                                     Steven D. Maslowski (*pro hac vice*)
                                     smaslowski@akingump.com
                                     Angela Verrecchio (*pro hac vice*)
                                     averrecchio@akingump.com
                                     Matthew A. Pearson (*pro hac vice*)
                                     mpearson@akingump.com
                                     AKIN GUMP STRAUSS HAUER & FELD LLP
                                     Two Commerce Square
                                     2001 Market Street, Suite 4100
                                     Philadelphia, PA 19103-7013
                                     215-965-1200
                                     FAX:  215-965-1210

                                     Heather P. Repicky (BBO # 663347)
                                     NUTTER MCLENNEN & FISH LLP
                                     World Trade Center West

2

155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9000

Attorneys For Defendants
CENTOCOR ORTHO BIOTECH, INC. and
CENTOCOR BIOLOGICS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Motion For Leave To File Amended Preliminary Invalidity and Non-Infringement Contentions was electronically mailed to counsel of record on February 23, 2010 through the Court's ECF notification system.

*Angela Verrecchio*

Angela Verrecchio