**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4:09-CV-11340 (FDS) |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**DEFENDANTS' MOTION TO AMEND CLAIM CONSTRUCTION PLEADINGS**

Centocor hereby respectfully seeks leave to amend its claim construction pleadings and requests that the Court construe the claim term "human antibody." The grounds in support of this Motion are set forth in Centocor's Memorandum In Support of Defendants' Motion to Amend Claim Construction Pleadings, filed on February 22, 2011.

Respectfully submitted,

Date: February 23, 2011          By: *Dianne Elderkin*
                                     Dianne B. Elderkin (*pro hac vice*)
                                     delderkin@akingump.com
                                     Barbara L. Mullin (*pro hac vice*)
                                     bmullin@akingump.com
                                     Steven D. Maslowski (*pro hac vice*)
                                     smaslowski@akingump.com
                                     Angela Verrecchio (*pro hac vice*)
                                     averrecchio@akingump.com
                                     Matthew A. Pearson (*pro hac vice*)
                                     mpearson@akingump.com
                                     AKIN GUMP STRAUSS HAUER & FELD LLP
                                     Two Commerce Square
                                     2001 Market Street, Suite 4100
                                     Philadelphia, PA 19103-7013
                                     215-965-1200
                                     FAX: 215-965-1210

                                     Heather P. Repicky (BBO # 663347)
                                     NUTTER MCLENNEN & FISH LLP
                                     World Trade Center West
                                     155 Seaport Boulevard
                                     Boston, MA 02210
                                     617-439-2000
                                     FAX: 617-310-9000

                                     Attorneys For Defendants
                                     CENTOCOR ORTHO BIOTECH, INC. and
                                     CENTOCOR BIOLOGICS, LLC

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO AMEND CLAIM CONSTRUCTION PLEADINGS** was electronically mailed to counsel of record on February 23, 2011 through the Court's ECF notification system.

*Angela Verrecchio*
_____
Angela Verrecchio