## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4:09-CV-11340 (FDS) |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANTS' REQUEST FOR LEAVE TO FILE A REBUTTAL TO ABBOTT'S OPPOSITION TO CENTOCOR'S MOTION TO AMEND ITS CLAIM CONSTRUCTION PLEADING**

Centocor seeks leave to file a short rebuttal to Abbott's Opposition to Centocor's Motion to Amend Its Claim Construction Pleading. The Court's briefing schedule on claim construction briefing on the term "human antibody" does not provide for the filing of a reply brief by Centocor, but as further described in Centocor's Rebuttal paper filed herewith as Exhibit 1, Centocor seeks to address certain misleading or erroneous factual assertions made by Abbott in its Opposition.

Respectfully submitted,

Date: March 10, 2011      By: *Dianne Elderkin*
Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
215-965-1200

Heather P. Repicky (BBO # 663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000

Attorneys For Defendants
CENTOCOR ORTHO BIOTECH, INC. and
CENTOCOR BIOLOGICS, LLC

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Request For Leave To File A Rebuttal to Abbott's Opposition to Centocor's Motion to Amend its Claim Construction Pleadings was electronically mailed to counsel of record on March 10, 2011 through the Court's ECF notification system.

*/s/ Angela Verrecchio*
Angela Verrecchio