# EXHIBIT C

**VIDEOTAPED DEPOSITION OF JOHN GHRAYEB, Ph.D.**
**CONDUCTED ON TUESDAY, JANUARY 11, 2011**

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3    ABBOTT GMBH & CO., KG,            :

4    ABBOTT BIORESEARCH CENTER, INC. :

5    AND ABBOTT BIOTECHNOLOGY LTD.,   :

6         Plaintiffs                  :

7    v.                               : Civil Action No.

8    CENTOCOR ORTHO BIOTECH, INC.     : 4:09-CV-11340-FDS

9    AND CENTOCOR BIOLOGICS, LLC      :

10        Defendants                  :

11                        -----------

12       Videotaped Deposition of JOHN GHRAYEB, Ph.D.

13            Philadelphia, Pennsylvania

14            Tuesday, January 11, 2011

15                 9:35 a.m.

16   Job No.:  1-191718

17   Pages:  1 - 147

18   Reported By:  Dawn M. Hart, Notary Public, RPR/RMR

19   Videographer:  David Lane

20

21

22

**Merrill LAD**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026**

VIDEOTAPED DEPOSITION OF JOHN GHRAYEB, Ph.D.
CONDUCTED ON TUESDAY, JANUARY 11, 2011

137

1    BY MR. SHAH:

2        Q    Do you recognize this as an e-mail from you

3    to David Knight and others on January 2nd, 2003?

4        A    Yes, in response to, you know, other

5    e-mails.

6        Q    Would you take a moment and just read

7    through the two previous e-mails in the chain.

8        A    (Complying.)

9             Okay.

10       Q    First, what is AME?

11       A    It's a company called Applied Molecular

12   Evolution.

13       Q    And what technology were they using?

14       A    They had a way to turn a mouse antibody into

15   an antibody that's more human using, you know, their

16   own specific technique of changing the sequences.

17       Q    Is this similar to what would be known as

18   CDR grafting?

19       A    Not, not the way they do it.

20       Q    So does that technology leave you with any

21   murine-derived sequences in the final product to your

22   recollection?

VIDEOTAPED DEPOSITION OF JOHN GHRAYEB, Ph.D.
CONDUCTED ON TUESDAY, JANUARY 11, 2011

138

1          MS. VERRECCHIO:  Objection.  Calls for

2    expert testimony.

3          A    I think, you know, without analyzing what

4    the new antibody looks like, I can't tell you that.

5          Q    If I understand the comment you make at the

6    top of the e-mail chain, you note that in your

7    experience, quote, if you own it, what you call it is

8    what it is.  Can you briefly explain that?

9          A    It's probably a very flippant remark based

10   on my biases.  But, you know, I've seen people call

11   antibodies fully human, including companies we both

12   know, that, you know, stretches the definition of the

13   purest -- you know, what is human?  Human is something

14   that comes from you and me.  And I think that's kind

15   of what my, my definition of human versus humanized.

16         Q    And just at the -- just to finish the

17   thought in the last phrase there, it says, so in the

18   end we can call it fully human because we can use good

19   logical arguments to support it.

20         Does that mean that logically some

21   antibodies which are originally derived from murine

22   origin would still logically be called fully human?