# EXHIBIT D

**CONFIDENTIAL VIDEOTAPED DEPOSITION OF JILL GILES-KOMAR
CONDUCTED ON FRIDAY, DECEMBER 2, 2010**

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3   ABBOTT GMBH & CO., KG,
 4   ABBOTT BIORESEARCH CENTER, INC.
 5   AND ABBOTT BIOTECHNOLOGY, LTD.,
 6            Plaintiffs,       CIVIL ACTION
 7   Vs.                        NO. 4:09-cv-11340-FDS
 8   CENTOCOR ORTHO BIOTECH, INC.,
 9   AND CENTOCOR BIOLOGICS, LLC.,
10            Defendants.
11                   - - -
                CONFIDENTIAL TRANSCRIPT
12                   - - -
13
14        Videotaped deposition of JILL GILES-KOMAR,
15   taken at Centocor Ortho Biotech, Inc., 145 King of
16   Prussia Road, Radnor, Pennsylvania, on Friday,
17   December 2, 2010, beginning at approximately 9:30
18   a.m., before Maureen E. Broderick, Registered
19   Professional Reporter and Notary Public in and of
20   the Commonwealth of Pennsylvania.
21
22
23
24
25
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF JILL GILES-KOMAR
CONDUCTED ON FRIDAY, DECEMBER 2, 2010

15

1  Q   So was Remicade a chimeric antibody?
2  A   Yes.
3  Q   What do you understand that to mean?
4  A   That it is part mouse and part human.
5  Q   Have you ever been involved in discovery
6  of a chimeric antibody using that definition?
7      MR. PEARSON:  Objection to form.
8      THE WITNESS:  No.
9  BY MR. GUNTHER:
10 Q   Have you ever been involved in any
11 discovery work relating to a humanized antibody?
12 A   No.
13 Q   Now, you've heard that term before,
14 "humanized," right?
15 A   Right.
16 Q   What do you understand that to mean?
17 A   My understanding is that humanized
18 antibodies are antibodies that are -- begin as maybe
19 another species and then is converted into being
20 human by some process.
21 Q   Do you distinguish humanized antibodies
22 from fully human antibodies?
23 A   I do, yes.
24 Q   And what is the distinction in your mind
25 between those two?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF JILL GILES-KOMAR
CONDUCTED ON FRIDAY, DECEMBER 2, 2010

16

1  A   A fully human antibody is an antibody
2  that's human of origin.
3  Q   It starts out from the get-go as a human
4  antibody?
5  A   It comes from human DNA, human -- that's
6  my understanding.
7  Q   And you've obviously been involved in the
8  discovery of antibodies that are fully human,
9  correct?
10         MR. PEARSON:  Objection.
11         THE WITNESS:  Yes.
12  BY MR. GUNTHER:
13  Q   When did that work -- when did that work
14  start for you?  Is that work that you believe you
15  would have started in sort of the mid 1990s?
16  A   I'd have to look at my declaration, but I
17  believe it was around 1997.
18  Q   And I'm going to -- I'm not trying to make
19  this a memory test.  I will show you your
20  declaration.  I promise you that.
21  A   Okay.
22  Q   Let me just ask you this, first:  Was your
23  initial work in 1997 that's described in the
24  declarations -- I think there's two of them actually
25  that were submitted in the interference -- was that

Merrill LAD -  (800) 292-4789
CONFIDENTIAL