# EXHIBIT E

1

C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

ABBOTT GMBH & CO., KG,            :

ABBOTT BIORESEARCH CENTER,        :

INC. AND ABBOTT BIOTECHNOLOGY,:

LTD.                              :

     Plaintiffs                  :

v.                                : Civil Action No.

CENTOCOR ORTHO BIOTECH, INC.      : 4:09-cv-11340-FDS

AND CENTOCOR BIOLOGICS, LLC       :

     Defendants                  :

----------

Videotaped Deposition of DAVID KNIGHT, Ph.D.

Philadelphia, Pennsylvania

Tuesday, November 30, 2010

9:34 a.m.

Job No.: 54-188482

Pages: 1 - 298

Reported By:  Dawn M. Hart, Notary Public, RPR/RMR

Videographer:  David Lane

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID KNIGHT, Ph.D.
CONDUCTED ON TUESDAY, NOVEMBER 30, 2010

36

1  clinical development?

2     A   I believe it's in Phase 1 trials.

3     Q   Are there any other clinical candidates from
4  the MorphoSys collaboration?

5     A   There is one which we called CNTO 1959.

6     Q   What type of antibody is that?

7     A   That's an anti IL-23 antibody.

8     Q   What is its status?

9     A   I'm not certain.  I believe it's in Phase 1
10 clinical trials.

11    Q   Are there any other clinical candidates from
12 the MorphoSys collaboration?

13    A   There may be one more, but I can't remember
14 what it is at the moment.  I'm not certain.

15    Q   Going back to the first one you mentioned,
16 CNTO 888, is that a human antibody?

17    A   I think I would need to ask you to define
18 human.

19    Q   Okay.  Well, let me ask you what your
20 definition of human antibody is.

21    A   Well, I use as a working definition
22 basically the similarity of amino acid sequence

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID KNIGHT, Ph.D.
CONDUCTED ON TUESDAY, NOVEMBER 30, 2010

37

1 between the antibody in question and the human
2 antibody database and whether the similarity to that
3 database is in the same range as the similarity of
4 authentic human antibodies that are not -- I mean,
5 that are derived from human B cells.
6     Q    Using that definition, is CNTO 888 a human
7 antibody?
8     A    Yes.
9     Q    And using that definition, is CNTO 1959 a
10 human antibody?
11     A    Yes.
12     Q    Let me give you a slightly different
13 definition to apply and ask you the same questions.
14 The definition I'll ask you to assume is that a human
15 antibody is an antibody that does not contain genes
16 from any non-human species. Do you have that clear?
17     A    Not exactly.
18     Q    Okay.
19     A    You say the antibody that doesn't contain
20 genes?
21     Q    Yes.
22     A    An antibody doesn't contain genes.