IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG,  )<br>ABBOTT BIORESEARCH CENTER, INC.,  )<br>AND ABBOTT BIOTECHNOLOGY LTD.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CENTOCOR ORTHO BIOTECH, INC. AND  )<br>CENTOCOR BIOLOGICS, LLC,  )<br>)<br>Defendants.  ) | C.A. No. 4:09-CV-11340 (FDS)<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Upon consideration of Defendants Centocor Ortho Biotech, Inc. and Centocor Biologics LLC's Motion for Leave to File a Rebuttal to Abbott's Opposition to Centocor's Motion to Amend Its Claim Construction Pleading and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED.

ORDERED this ____ day of _____, 2011.

BY THE COURT:

_____
Hon. F. Dennis Saylor, IV
United States District Judge