# EXHIBIT 1

HIGHLIGHTS OF PRESCRIBING INFORMATION
**These highlights do not include all the information needed to use STELARA™ safely and effectively. See full prescribing information for STELARA™.**

**STELARA™ (ustekinumab)**
**Injection, for subcutaneous use**
**Initial U.S. Approval: 2009**

---------------------INDICATIONS AND USAGE-------------------
STELARA™ is a human interleukin-12 and -23 antagonist indicated for the treatment of adult patients (18 years or older) with moderate to severe plaque psoriasis who are candidates for phototherapy or systemic therapy. (1)

-----------------DOSAGE AND ADMINISTRATION------------
STELARA™ is administered by subcutaneous injection. (2)
- For patients weighing ≤100 kg (220 lbs), the recommended dose is 45 mg initially and 4 weeks later, followed by 45 mg every 12 weeks. (2.1)
- For patients weighing >100 kg (220 lbs), the recommended dose is 90 mg initially and 4 weeks later, followed by 90 mg every 12 weeks. (2.1)

-----------------DOSAGE FORMS AND STRENGTHS----------
- 45 mg/0.5 mL in a single-use glass vial (3)
- 90 mg/1 mL in a single-use glass vial (3)

----------------------CONTRAINDICATIONS---------------------
None (4)

------------------WARNINGS AND PRECAUTIONS------------
- Infections: Serious infections have occurred. Do not start STELARA™ during any clinically important active infection. If a serious infection develops, stop STELARA™ until the infection resolves. (5.1)
- Theoretical Risk for Particular Infections: Serious infections from mycobacteria, salmonella and Bacillus Calmette-Guerin (BCG) vaccinations have been reported in patients genetically deficient in IL-12/IL-23. Diagnostic tests for these infections should be considered as dictated by clinical circumstances. (5.2)
- Tuberculosis (TB) evaluation: Evaluate patients for TB prior to initiating treatment with STELARA™. Initiate treatment of latent TB before administering STELARA™. (5.3)
- Malignancies: STELARA™ may increase risk of malignancy. The safety of STELARA™ in patients with a history of or a known malignancy has not been evaluated. (5.4)
- Reversible Posterior Leukoencephalopathy Syndrome (RPLS): One case was reported. If suspected, treat promptly and discontinue STELARA™. (5.5)

----------------------ADVERSE REACTIONS---------------------
Most common adverse reactions (incidence >3% and greater than with placebo): Nasopharyngitis, upper respiratory tract infection, headache, and fatigue. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Centocor Ortho Biotech Inc. at 1-800-457-6399 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch.***

----------------------DRUG INTERACTIONS---------------------
- Live vaccines: Should not be given with STELARA™. (7.1)
- Concomitant therapy: The safety of concomitant use of STELARA™ with immunosuppressants or phototherapy has not been evaluated. (7.2)

**See 17 for PATIENT COUNSELING INFORMATION and MEDICATION GUIDE**

09/2009

---

**FULL PRESCRIBING INFORMATION: CONTENTS***
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
    2.1 Dosing
    2.2 General Considerations for Administration
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Infections
    5.2 Theoretical Risk for Vulnerability to Particular Infections
    5.3 Pre-treatment Evaluation for Tuberculosis
    5.4 Malignancies
    5.5 Reversible Posterior Leukoencephalopathy Syndrome
    5.6 Immunizations
    5.7 Concomitant Therapies
**6 ADVERSE REACTIONS**
    6.1 Clinical Studies Experience
**7 DRUG INTERACTIONS**
    7.1 Live Vaccines
    7.2 Concomitant Therapies
    7.3 CYP450 Substrates
**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.3 Nursing Mothers
    8.4 Pediatric Use
    8.5 Geriatric Use
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.2 Pharmacodynamics
    12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

ABT-IL12-00000001

**FULL PRESCRIBING INFORMATION**

**1 INDICATIONS AND USAGE**
STELARA™ is indicated for the treatment of adult patients (18 years or older) with moderate to severe plaque psoriasis who are candidates for phototherapy or systemic therapy.

**2 DOSAGE AND ADMINISTRATION**
**2.1 Dosing**
STELARA™ is administered by subcutaneous injection.

- For patients weighing ≤100 kg (220 lbs), the recommended dose is 45 mg initially and 4 weeks later, followed by 45 mg every 12 weeks.

- For patients weighing >100 kg (220 lbs), the recommended dose is 90 mg initially and 4 weeks later, followed by 90 mg every 12 weeks.

In subjects weighing >100 kg, 45 mg was also shown to be efficacious. However, 90 mg resulted in greater efficacy in these subjects *[see Clinical Studies (14)]*.

The safety and efficacy of STELARA™ have not been evaluated beyond two years.

**2.2 General Considerations for Administration**
STELARA™ is intended for subcutaneous administration under the supervision of a physician.

Prior to administration, STELARA™ should be visually inspected for particulate matter and discoloration. STELARA™ is colorless to light yellow and may contain a few small translucent or white particles. STELARA™ should not be used if it is discolored or cloudy, or if other particulate matter is present. STELARA™ does not contain preservatives; therefore, any unused product remaining in the vial and/or syringe should be discarded.

It is recommended each injection be administered using a 27 gauge, ½ inch needle at a different anatomic location (such as upper arms, gluteal regions, thighs, or any quadrant of abdomen) than the previous injection, and not into areas where the skin is tender, bruised, erythematous, or indurated.

STELARA™ should only be administered by a healthcare provider. STELARA™ should only be administered to patients who will be closely monitored and have regular follow-up visits with a physician.

**3 DOSAGE FORMS AND STRENGTHS**
STELARA™ contains 90 mg ustekinumab per mL.
- 45 mg/0.5 mL in a single-use vial
- 90 mg/1 mL in a single-use vial

**4 CONTRAINDICATIONS**
   None.

**5 WARNINGS AND PRECAUTIONS**

ABT-IL12-00000002

**5.1 Infections**
STELARA™ may increase the risk of infections and reactivation of latent infections. Serious bacterial, fungal, and viral infections were observed in subjects receiving STELARA™ *[see Adverse Reactions (6.1)]*.

STELARA™ should not be given to patients with any clinically important active infection. STELARA™ should not be administered until the infection resolves or is adequately treated. Instruct patients to seek medical advice if signs or symptoms suggestive of an infection occur. Exercise caution when considering the use of STELARA™ in patients with a chronic infection or a history of recurrent infection.

Serious infections requiring hospitalization occurred in the psoriasis development program. These serious infections included cellulitis, diverticulitis, osteomyelitis, viral infections, gastroenteritis, pneumonia, and urinary tract infections.

**5.2 Theoretical Risk for Vulnerability to Particular Infections**
Individuals genetically deficient in IL-12/IL-23 are particularly vulnerable to disseminated infections from mycobacteria (including nontuberculous, environmental mycobacteria), salmonella (including nontyphi strains), and Bacillus Calmette-Guerin (BCG) vaccinations. Serious infections and fatal outcomes have been reported in such patients.

It is not known whether patients with pharmacologic blockade of IL-12/IL-23 from treatment with STELARA™ will be susceptible to these types of infections. Appropriate diagnostic testing should be considered, e.g., tissue culture, stool culture, as dictated by clinical circumstances.

**5.3 Pre-treatment Evaluation for Tuberculosis**
Evaluate patients for tuberculosis infection prior to initiating treatment with STELARA™.
Do not administer STELARA™ to patients with active tuberculosis. Initiate treatment of latent tuberculosis prior to administering STELARA™. Consider anti-tuberculosis therapy prior to initiation of STELARA™ in patients with a past history of latent or active tuberculosis in whom an adequate course of treatment cannot be confirmed. Patients receiving STELARA™ should be monitored closely for signs and symptoms of active tuberculosis during and after treatment.

**5.4 Malignancies**
STELARA™ is an immunosuppressant and may increase the risk of malignancy. Malignancies were reported among subjects who received STELARA™ in clinical studies *[see Adverse Reactions (6.1)]*. In rodent models, inhibition of IL-12/IL-23p40 increased the risk of malignancy *[see Nonclinical Toxicology (13)]*.

The safety of STELARA™ has not been evaluated in patients who have a history of malignancy or who have a known malignancy.

**5.5 Reversible Posterior Leukoencephalopathy Syndrome**
One case of reversible posterior leukoencephalopathy syndrome (RPLS) was observed during the clinical development program which included 3523 STELARA™-treated subjects. The subject, who had received 12 doses of STELARA™ over approximately two years, presented with headache,

ABT-IL12-00000003

seizures and confusion. No additional STELARA™ injections were administered and the subject fully recovered with appropriate treatment.

RPLS is a neurological disorder, which is not caused by demyelination or a known infectious agent. RPLS can present with headache, seizures, confusion and visual disturbances. Conditions with which it has been associated include preeclampsia, eclampsia, acute hypertension, cytotoxic agents and immunosuppressive therapy. Fatal outcomes have been reported.

If RPLS is suspected, STELARA™ should be discontinued and appropriate treatment administered.

**5.6 Immunizations**
Prior to initiating therapy with STELARA™, patients should receive all immunizations appropriate for age as recommended by current immunization guidelines. Patients being treated with STELARA™ should not receive live vaccines. BCG vaccines should not be given during treatment with STELARA™ or for one year prior to initiating treatment or one year following discontinuation of treatment. Caution is advised when administering live vaccines to household contacts of patients receiving STELARA™ because of the potential risk for shedding from the household contact and transmission to patient.

Non-live vaccinations received during a course of STELARA™ may not elicit an immune response sufficient to prevent disease.

**5.7 Concomitant Therapies**
The safety of STELARA™ in combination with other immunosuppressive agents or phototherapy has not been evaluated. Ultraviolet-induced skin cancers developed earlier and more frequently in mice genetically manipulated to be deficient in both IL-12 and IL-23 or IL-12 alone *[see Nonclinical Toxicology (13)]*.

**6 ADVERSE REACTIONS**
The following serious adverse reactions are discussed elsewhere in the label:

- Infections *[see Warnings and Precautions (5.1)]*
- Malignancies *[see Warnings and Precautions (5.4)]*
- Reversible Posterior Leukoencephalopathy Syndrome *[see Warnings and Precautions (5.5)]*

**6.1 Clinical Studies Experience**
The safety data reflect exposure to STELARA™ in 2266 psoriasis subjects, including 1970 exposed for at least 6 months, 1285 exposed for at least one year, and 373 exposed for at least 18 months.

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Table 1 summarizes the adverse reactions that occurred at a rate of at least 1% and at a higher rate in the STELARA™ groups than the placebo group during the placebo-controlled period of STUDY 1 and STUDY 2.

ABT-IL12-00000004

Table 1. Adverse reactions reported by ≥1% of subjects through Week 12 in STUDY 1 and STUDY 2

|  | Placebo | STELARA™ 45 mg | STELARA™ 90 mg |
| --- | --- | --- | --- |
| Subjects treated | 665 | 664 | 666 |
| Nasopharyngitis | 51 (8%) | 56 (8%) | 49 (7%) |
| Upper respiratory tract infection | 30 (5%) | 36 (5%) | 28 (4%) |
| Headache | 23 (3%) | 33 (5%) | 32 (5%) |
| Fatigue | 14 (2%) | 18 (3%) | 17 (3%) |
| Diarrhea | 12 (2%) | 13 (2%) | 13 (2%) |
| Back pain | 8 (1%) | 9 (1%) | 14 (2%) |
| Dizziness | 8 (1%) | 8 (1%) | 14 (2%) |
| Pharyngolaryngeal pain | 7 (1%) | 9 (1%) | 12 (2%) |
| Pruritus | 9 (1%) | 10 (2%) | 9 (1%) |
| Injection site erythema | 3 (<1%) | 6 (1%) | 13 (2%) |
| Myalgia | 4 (1%) | 7 (1%) | 8 (1%) |
| Depression | 3 (<1%) | 8 (1%) | 4 (1%) |

Adverse drug reactions that occurred at rates less than 1% included: cellulitis and certain injection site reactions (pain, swelling, pruritus, induration, hemorrhage, bruising, and irritation). One case of RPLS occurred during clinical trials *[see Warnings and Precautions (5.5)]*.

*Infections*
In the placebo-controlled period of clinical studies of psoriasis subjects (average follow-up of 12.6 weeks for placebo-treated subjects and 13.4 weeks for STELARA™-treated subjects), 27% of STELARA™-treated subjects reported infections (1.39 per subject-year of follow-up) compared with 24% of placebo-treated subjects (1.21 per subject-year of follow-up). Serious infections occurred in 0.3% of STELARA™-treated subjects (0.01 per subject-year of follow-up) and in 0.4% of placebo-treated subjects (0.02 per subject-year of follow-up) *[see Warnings and Precautions (5.1)]*.

In the controlled and non-controlled portions of psoriasis clinical trials, 61% of STELARA™-treated subjects reported infections (1.24 per subject-year of follow-up). Serious infections were reported in 0.9% of subjects (0.01 per subject-year of follow-up).

*Malignancies*
In the controlled and non-controlled portions of psoriasis clinical trials, 0.4% of STELARA™-treated subjects reported malignancies excluding non-melanoma skin cancers (0.36 per 100 subject-years of follow-up). Non-melanoma skin cancer was reported in 0.8% of STELARA™-treated subjects (0.80 per 100 subject-years of follow-up) *[see Warnings and Precautions (5.4)]*.

Serious malignancies included breast, colon, head and neck, kidney, prostate, and thyroid cancers.

ABT-IL12-00000005

*Immunogenicity*

The presence of ustekinumab in the serum can interfere with the detection of anti-ustekinumab antibodies resulting in inconclusive results due to assay interference. In STUDIES 1 and 2, antibody testing was done at time points when ustekinumab may have been present in the serum. Table 2 summarizes the antibody results from STUDIES 1 and 2. In STUDY 1 the last ustekinumab injection was between Weeks 28 and 48 and the last test for anti-ustekinumab antibodies was at Week 52. In STUDY 2 the last ustekinumab injection was at Week 16 and the last test for anti-ustekinumab antibodies was at Week 24.

Table 2

| Antibody Results | STUDY 1 (N=743) | STUDY 2 (N=1198) |
| --- | --- | --- |
| Positive | 38 (5%) | 33 (3%) |
| Negative | 351 (47%) | 90 (8%) |
| Inconclusive | 354 (48%) | 1075 (90%) |

The data reflect the percentage of subjects whose test results were positive for antibodies to ustekinumab in a bridging immunoassay, and are highly dependent on the sensitivity and specificity of the assay. Additionally, the observed incidence of antibody positivity in an assay may be influenced by several factors, including sample handling, timing of sample collection, concomitant medications and underlying disease. For these reasons, comparison of the incidence of antibodies to ustekinumab with the incidence of antibodies to other products may be misleading.

## 7 DRUG INTERACTIONS
Drug interaction studies have not been conducted with STELARA™.

### 7.1 Live Vaccines
Live vaccines should not be given concurrently with STELARA™ *[see Warnings and Precautions (5.5)]*.

### 7.2 Concomitant Therapies
The safety of STELARA™ in combination with immunosuppressive agents or phototherapy has not been evaluated *[see Warnings and Precautions (5.6)]*.

### 7.3 CYP450 Substrates
The formation of CYP450 enzymes can be altered by increased levels of certain cytokines (e.g., IL-1, IL-6, IL-10, TNFα, IFN) during chronic inflammation. Thus, ustekinumab could normalize the formation of CYP450 enzymes. A role for IL-12 or IL-23 in the regulation of CYP450 enzymes has not been reported. However, upon initiation of ustekinumab in patients who are receiving concomitant CYP450 substrates, particularly those with a narrow therapeutic index, monitoring for therapeutic effect (e.g., for warfarin) or drug concentration (e.g., for cyclosporine) should be considered and the individual dose of the drug adjusted as needed.

## 8 USE IN SPECIFIC POPULATIONS
### 8.1 Pregnancy
*Pregnancy Category B*

ABT-IL12-00000006

There are no studies of STELARA™ in pregnant women. STELARA™ should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. No teratogenic effects were observed in the developmental and reproductive toxicology studies performed in cynomolgus monkeys at doses up to 45 mg/kg ustekinumab, which is 45 times (based on mg/kg) the highest intended clinical dose in psoriasis patients (approximately 1 mg/kg based on administration of a 90 mg dose to a 90 kg psoriasis patient).

Ustekinumab was tested in two embryo-fetal development toxicity studies. Pregnant cynomolgus monkeys were administered ustekinumab at doses up to 45 mg/kg during the period of organogenesis either twice weekly via subcutaneous injections or weekly by intravenous injections. No significant adverse developmental effects were noted in either study.

In an embryo-fetal development and pre- and post-natal development toxicity study, three groups of 20 pregnant cynomolgus monkeys were administered subcutaneous doses of 0, 22.5, or 45 mg/kg ustekinumab twice weekly from the beginning of organogenesis in cynomolgus monkeys to Day 33 after delivery. There were no treatment-related effects on mortality, clinical signs, body weight, food consumption, hematology, or serum biochemistry in dams. Fetal losses occurred in six control monkeys, six 22.5 mg/kg-treated monkeys, and five 45 mg/kg-treated monkeys. Neonatal deaths occurred in one 22.5 mg/kg-treated monkey and in one 45 mg/kg-treated monkey. No ustekinumab-related abnormalities were observed in the neonates from birth through six months of age in clinical signs, body weight, hematology, or serum biochemistry. There were no treatment-related effects on functional development until weaning, functional development after weaning, morphological development, immunological development, and gross and histopathological examinations of offsprings by the age of 6 months.

**8.3 Nursing Mothers**
Caution should be exercised when STELARA™ is administered to a nursing woman. The unknown risks to the infant from gastrointestinal or systemic exposure to ustekinumab should be weighed against the known benefits of breast-feeding. Ustekinumab is excreted in the milk of lactating monkeys administered ustekinumab. IgG is excreted in human milk, so it is expected that STELARA™ will be present in human milk. It is not known if ustekinumab is absorbed systemically after ingestion; however, published data suggest that antibodies in breast milk do not enter the neonatal and infant circulation in substantial amounts.

**8.4 Pediatric Use**
Safety and effectiveness of STELARA™ in pediatric patients have not been evaluated.

**8.5 Geriatric Use**
Of the 2266 psoriasis subjects exposed to STELARA™, a total of 131 were 65 years or older, and 14 subjects were 75 years or older. Although no differences in safety or efficacy were observed between older and younger subjects, the number of subjects aged 65 and over is not sufficient to determine whether they respond differently from younger subjects.

**10 OVERDOSAGE**
Single doses up to 4.5 mg/kg intravenously have been administered in clinical studies without dose-limiting toxicity. In case of overdosage, it is recommended that the patient be monitored for any signs

ABT-IL12-00000007

or symptoms of adverse reactions or effects and appropriate symptomatic treatment be instituted immediately.

## 11 DESCRIPTION

STELARA™ is a human IgG1κ monoclonal antibody against the p40 subunit of the IL-12 and IL-23 cytokines. Using DNA recombinant technology, STELARA™ is produced in a well characterized recombinant cell line and is purified using standard bio-processing technology. The manufacturing process contains steps for the clearance of viruses. STELARA™ is comprised of 1326 amino acids and has an estimated molecular mass that ranges from 148,079 to 149,690 Daltons.

STELARA™ is available as: 45 mg of ustekinumab in 0.5 mL and 90 mg of ustekinumab in 1 mL. STELARA™ is supplied as a sterile solution in a single-use 2 mL Type I stoppered glass vial with a coated stopper. The STELARA™ solution is colorless to slightly yellow in appearance and has a pH of 5.7-6.3.

The 45 mg vial contains: 45 mg ustekinumab, 38 mg sucrose, 0.5 mg L-histidine, and 0.02 mg Polysorbate 80 to fill to a final volume of 0.5 mL.

The 90 mg vial contains: 90 mg ustekinumab, 76 mg sucrose, 1 mg L-histidine, and 0.04 mg Polysorbate 80 to fill to a final volume of 1 mL.

STELARA™ does not contain preservatives.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Ustekinumab is a human IgG1κ monoclonal antibody that binds with high affinity and specificity to the p40 protein subunit used by both the interleukin (IL)-12 and IL-23 cytokines. IL-12 and IL-23 are naturally occurring cytokines that are involved in inflammatory and immune responses, such as natural killer cell activation and CD4+ T-cell differentiation and activation. In *in vitro* models, ustekinumab was shown to disrupt IL-12 and IL-23 mediated signaling and cytokine cascades by disrupting the interaction of these cytokines with a shared cell-surface receptor chain, IL-12 β1.

### 12.2 Pharmacodynamics

In a small exploratory study, a decrease was observed in the expression of mRNA of its molecular targets IL-12 and IL-23 in lesional skin biopsies measured at baseline and up to two weeks post-treatment in psoriatic subjects.

### 12.3 Pharmacokinetics

*Absorption*
In psoriasis subjects, the median time to reach the maximum serum concentration ($T_{max}$) was 13.5 days and 7 days, respectively, after a single subcutaneous administration of 45 mg (N=22) and 90 mg (N=24) of ustekinumab. In healthy subjects (N=30), the median $T_{max}$ value (8.5 days) following a single subcutaneous administration of 90 mg of ustekinumab was comparable to that observed in psoriasis subjects. Following multiple subcutaneous doses of STELARA™, the steady-state serum concentrations of ustekinumab were achieved by Week 28. The mean (±SD) steady-state trough serum concentration ranged from 0.31 ± 0.33 mcg/mL (45 mg) to 0.64 ± 0.64 mcg/mL (90 mg). There was

no apparent accumulation in serum ustekinumab concentration over time when given subcutaneously every 12 weeks.

*Distribution*
Following subcutaneous administration of 45 mg (N=18) and 90 mg (N=21) of ustekinumab to psoriasis subjects, the mean (±SD) apparent volume of distribution during the terminal phase (Vz/F) was 161 ± 65 mL/kg and 179 ± 85 mL/kg, respectively. The mean (± SD) volume of distribution during the terminal phase (Vz) following a single intravenous administration to subjects with psoriasis ranged from 56.1 ± 6.5 to 82.1 ± 23.6 mL/kg.

*Metabolism*
The metabolic pathway of ustekinumab has not been characterized. As a human IgG1κ monoclonal antibody ustekinumab is expected to be degraded into small peptides and amino acids via catabolic pathways in the same manner as endogenous IgG.

*Elimination*
The mean (± SD) systemic clearance (CL) following a single intravenous administration of ustekinumab to psoriasis subjects ranged from 1.90 ± 0.28 to 2.22 ± 0.63 mL/day/kg. The mean (±SD) half-life ranged from 14.9 ± 4.6 to 45.6 ± 80.2 days across all psoriasis studies following intravenous and subcutaneous administration.

*Weight*
When given the same dose, subjects weighing >100 kg had lower median serum ustekinumab concentrations compared with those subjects weighing ≤100 kg.

*Hepatic and Renal Impairment*
No pharmacokinetic data are available in patients with hepatic or renal impairment.

*Elderly*
A population pharmacokinetic analysis (N=106/1937 subjects greater than or equal to 65 years old) was performed to evaluate the effect of age on the pharmacokinetics of ustekinumab. There were no apparent changes in pharmacokinetic parameters (clearance and volume of distribution) in subjects older than 65 years old.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
Animal studies have not been conducted to evaluate the carcinogenic or mutagenic potential of STELARA™. Published literature showed that administration of murine IL-12 caused an anti-tumor effect in mice that contained transplanted tumors and IL-12/IL-23p40 knockout mice or mice treated with anti-IL-12/IL-23p40 antibody had decreased host defense to tumors. Mice genetically manipulated to be deficient in both IL-12 and IL-23 or IL-12 alone developed UV-induced skin cancers earlier and more frequently compared to wild-type mice. The relevance of these experimental findings in mouse models for malignancy risk in humans is unknown.

A male fertility study was conducted with only 6 male monkeys per group administered subcutaneous doses of 0, 22.5, or 45 mg/kg ustekinumab twice weekly prior to mating and during the mating period for 13 weeks, followed by a 13-week treatment-free period. Although fertility and pregnancy

ABT-IL12-00000009

outcomes were not evaluated in mated females, there were no treatment-related effects on parental toxicity or male fertility parameters.

A female fertility study was conducted in mice using an analogous IL-12/IL-23p40 antibody by subcutaneous administration at doses up to 50 mg/kg, twice weekly, beginning 15 days before cohabitation and continuing through GD 7. There were no treatment-related effects on maternal toxicity or female fertility parameters.

**13.2 Animal Toxicology and/or Pharmacology**
In a 26-week toxicology study, one out of 10 monkeys subcutaneously administered 45 mg/kg ustekinumab twice weekly for 26 weeks had a bacterial infection.

**14 CLINICAL STUDIES**
Two multicenter, randomized, double-blind, placebo-controlled studies (STUDY 1 and STUDY 2) enrolled a total of 1996 subjects 18 years of age and older with plaque psoriasis who had a minimum body surface area involvement of 10%, and Psoriasis Area and Severity Index (PASI) score ≥12, and who were candidates for phototherapy or systemic therapy. Subjects with guttate, erythrodermic, or pustular psoriasis were excluded from the studies.

STUDY 1 enrolled 766 subjects and STUDY 2 enrolled 1230 subjects. The studies had the same design through Week 28. In both studies, subjects were randomized in equal proportion to placebo, 45 mg or 90 mg of STELARA™. Subjects randomized to STELARA™ received 45 mg or 90 mg doses, regardless of weight, at Weeks 0, 4, and 16. Subjects randomized to receive placebo at Weeks 0 and 4 crossed over to receive STELARA™ (either 45 mg or 90 mg) at Weeks 12 and 16.

In both studies, the endpoints were the proportion of subjects who achieved at least a 75% reduction in PASI score (PASI 75) from baseline to Week 12 and treatment success (cleared or minimal) on the Physician's Global Assessment (PGA). The PGA is a 6-category scale ranging from 0 (cleared) to 5 (severe) that indicates the physician's overall assessment of psoriasis focusing on plaque thickness/induration, erythema, and scaling.

In both studies, subjects in all treatment groups had a median baseline PASI score ranging from approximately 17 to 18. Baseline PGA score was marked or severe in 44% of subjects in STUDY 1 and 40% of subjects in STUDY 2. Approximately two-thirds of all subjects had received prior phototherapy, 69% had received either prior conventional systemic or biologic therapy for the treatment of psoriasis, with 56% receiving prior conventional systemic therapy and 43% receiving prior biologic therapy. A total of 28% of study subjects had a history of psoriatic arthritis.

*Clinical Response*
The results of STUDY 1 and STUDY 2 are presented in Table 3 below.

ABT-IL12-00000010

Table 3. Clinical Outcomes STUDY 1 and STUDY 2

| Week 12 | STUDY 1 STELARA™ | | | STUDY 2 STELARA™ | | |
|---|---|---|---|---|---|---|
| | Placebo | 45 mg | 90 mg | Placebo | 45 mg | 90 mg |
| Subjects randomized | 255 | 255 | 256 | 410 | 409 | 411 |
| PASI 75 response | 8 (3%) | 171 (67%) | 170 (66%) | 15 (4%) | 273 (67%) | 311 (76%) |
| PGA of Cleared or Minimal | 10 (4%) | 151 (59%) | 156 (61%) | 18 (4%) | 277 (68%) | 300 (73%) |

Examination of age, gender, and race subgroups did not identify differences in response to STELARA™ among these subgroups.

In subjects who weighed <100 kg, response rates were similar with both the 45 mg and 90 mg doses; however, in subjects who weighed >100 kg, higher response rates were seen with 90 mg dosing compared with 45 mg dosing (Table 4 below).

Table 4. Clinical Outcomes by Weight STUDY 1 and STUDY 2

| | STUDY 1 STELARA™ | | | STUDY 2 STELARA™ | | |
|---|---|---|---|---|---|---|
| | Placebo | 45 mg | 90 mg | Placebo | 45 mg | 90 mg |
| Subjects randomized | 255 | 255 | 256 | 410 | 409 | 411 |
| **Week 12** | | | | | | |
| **PASI 75 response** | | | | | | |
| ≤100 kg | 4% | 74% | 65% | 4% | 73% | 78% |
| | 6/166 | 124/168 | 107/164 | 12/290 | 218/297 | 225/289 |
| >100 kg | 2% | 54% | 68% | 3% | 49% | 71% |
| | 2/89 | 47/87 | 63/92 | 3/120 | 55/112 | 86/121 |
| **PGA of Cleared or Minimal** | | | | | | |
| ≤100 kg | 4% | 64% | 63% | 5% | 74% | 75% |
| | 7/166 | 108/168 | 103/164 | 14/290 | 220/297 | 216/289 |
| >100 kg | 3% | 49% | 58% | 3% | 51% | 69% |
| | 3/89 | 43/87 | 53/92 | 4/120 | 57/112 | 84/121 |

Subjects in STUDY 1 were evaluated through Week 52. At Week 40, those who were PASI 75 responders at both Weeks 28 and 40 were re-randomized to either continued dosing of STELARA™ (STELARA™ at Week 40) or to withdrawal of therapy (placebo at Week 40). At Week 52, 89% (144/162) of subjects re-randomized to STELARA™ treatment were PASI 75 responders compared with 63% (100/159) of subjects re-randomized to placebo (treatment withdrawal after Week 28 dose).

**16 HOW SUPPLIED/STORAGE AND HANDLING**

11

STELARA™ does not contain preservatives. STELARA™ is available in single-use vials containing 45 mg or 90 mg of ustekinumab.

The NDC number for the 45 mg vial is 57894-060-02.

The NDC number for the 90 mg vial is 57894-061-02.

*Storage and Stability*
Store STELARA™ upright and refrigerated at 2°C to 8°C (36°F to 46°F). Keep the product in the original carton to protect from light until the time of use. Do not freeze. Do not shake. STELARA™ does not contain a preservative; discard any unused portion.

**17 PATIENT COUNSELING INFORMATION**
Instruct patients to read the Medication Guide before starting STELARA™ therapy and to reread the Medication Guide each time the prescription is renewed.

*Infections*
Inform patients that STELARA™ may lower the ability of their immune system to fight infections. Instruct patients of the importance of communicating any history of infections to the doctor, and contacting their doctor if they develop any symptoms of infection.

*Malignancies*
Patients should be counseled about the risk of malignancies while receiving STELARA™.


Manufactured by Cilag AG,
Schaffhausen, Switzerland
for
Centocor Ortho Biotech Inc.
Horsham, PA 19044
U.S. License No. 1821

© Centocor Ortho Biotech Inc. 2009

ABT-IL12-00000012

**MEDICATION GUIDE**
**STELARA™ (stel ar' a)**
**(ustekinumab)**
**Injection**

Read this Medication Guide before you start taking STELARA™ and each time before you get an injection. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition or treatment with STELARA™.

**What is the most important information I should know about STELARA™?**

STELARA™ is a medicine that affects your immune system. STELARA™ can increase your chances of having serious side effects, including:

**Serious Infections:** STELARA™ may lower the ability of your immune system to fight infections and may increase your risk of infections. Some people have serious infections while taking STELARA™, including tuberculosis (TB), and infections caused by bacteria, fungi, or viruses. Some people have to be hospitalized for treatment of their infection.

- Your doctor should check you for TB before starting STELARA™.
- If your doctor feels that you are at risk for TB, you may be treated with medicine for TB before you begin treatment with STELARA™ and during treatment with STELARA™.
- Your doctor should watch you closely for signs and symptoms of TB during treatment with STELARA™.

You should not start taking STELARA™ if you have any kind of infection unless your doctor says it is okay.

**Before starting STELARA™, tell your doctor** if you think you have an infection or have symptoms of an infection such as:
- fever, sweats, or chills
- muscle aches
- cough
- shortness of breath
- blood in your phlegm
- weight loss
- warm, red, or painful skin or sores on your body
- diarrhea or stomach pain

13

- burning when you urinate or urinate more often than normal
- feel very tired
- are being treated for an infection
- get a lot of infections or have infections that keep coming back
- have TB, or have been in close contact with someone who has TB.

**After starting STELARA™, call your doctor right away** if you have any symptoms of an infection (see above).

STELARA™ can make you more likely to get infections or make an infection that you have worse.

People who have a genetic problem where the body does not make any of the proteins interleukin 12 (IL-12) and interleukin 23 (IL-23) are at a higher risk for certain serious infections. These infections can spread throughout the body and cause death. It is not known if people who take STELARA™ will get any of these infections, because of the effects of STELARA™ on these proteins in your body.

**Cancers:**

STELARA™ may decrease the activity of your immune system and increase your risk for certain types of cancers. Tell your doctor if you have ever had any type of cancer.

**Reversible Posterior Leukoencephalopathy Syndrome (RPLS):**

RPLS is a rare condition that affects the brain and can cause death. The cause of RPLS is not known. If RPLS is found early and treated, most people recover. Tell your doctor right away if you have any new or worsening medical problems including:

- headache
- seizures
- confusion
- vision problems

### What is STELARA™?

STELARA™ is a prescription medicine used to treat adults 18 years and older with moderate or severe psoriasis that involves large areas or many areas of their body, who may benefit from taking injections or pills (systemic therapy) or phototherapy (treatment using ultraviolet light alone or with pills).

STELARA™ may improve your psoriasis but may also lower the ability of your immune system to fight infections. This may also increase your risk for certain types of cancer.

It is not known if STELARA™ is safe and effective in children.

It is not known if taking STELARA™ for more than 2 years is safe and effective.

### What should I tell my doctor before receiving STELARA™?

ABT-IL12-00000014

**Before receiving STELARA™, tell your doctor if you:**
- have any of the conditions or symptoms listed in the section "What is the most important information I should know about STELARA™?"
- have recently received or are scheduled to receive an immunization (vaccine). People who take STELARA™ should not receive live vaccines. Tell your doctor if anyone in your house needs a vaccine. The viruses used in some types of vaccines can spread to people with a weakened immune system, and can cause serious problems. **You should not receive the BCG vaccine during the one year before taking STELARA™ or one year after you stop taking STELARA™.**
- receive phototherapy for your psoriasis.
- have any other medical conditions.
- are pregnant or planning to become pregnant. It is not known if STELARA™ will harm your unborn baby. You and your doctor should decide if you will take STELARA™.
- are breast-feeding or plan to breast-feed. It is thought that STELARA™ passes into your breast milk. You should not breast-feed while taking STELARA™ without first talking with your doctor.

**Tell your doctor about all the medicines you take,** including prescription and non-prescription medicines, vitamins, and herbal supplements. Especially tell your doctor if you take:
- other medicines that affect your immune system.
- certain medicines that can affect how your liver breaks down other medicines.

Ask your doctor or pharmacist if you are not sure if your medicine is one that is listed above.

Know the medicines you take. Keep a list of them to show your doctor and pharmacist when you get a new medicine.

### How will I receive STELARA™?
- STELARA™ is given by injection under the skin (subcutaneous injection).
- STELARA™ should only be given by a healthcare provider as directed by your doctor.
- Your doctor will decide the right dose of STELARA™ for you and how often you should receive it.
- Be sure to keep all of your scheduled follow-up appointments.

### What should I avoid while receiving STELARA™?
You should not receive a live vaccine while taking STELARA™. See "What should I tell my doctor before taking STELARA™?"

### What are the possible side effects of STELARA™?
STELARA™ can increase your chances of having serious side effects. See "What is the most important information I should know about STELARA™?"

ABT-IL12-00000015

**Common side effects of STELARA™ include:**
- upper respiratory infections
- headache
- tiredness

These are not all of the possible side effects of STELARA™. Tell your doctor about any side effect that bothers you or that does not go away. For more information, ask your doctor or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**General information about STELARA™**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.

This Medication Guide summarizes the most important information about STELARA™. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about STELARA™ that was written for healthcare professionals. For more information, go to www.STELARAinfo.com or call 1-800-457-6399.

**What are the ingredients in STELARA™?**

Active ingredient: ustekinumab

Inactive ingredients: sucrose, L-histidine, and polysorbate 80.

Manufactured by Cilag AG,
Schaffhausen, Switzerland
for
Centocor Ortho Biotech Inc.
Horsham, PA 19044

Revised September 2009

This Medication Guide has been approved by the U.S. Food and Drug Administration.

U.S. License No. 1821

© Centocor Ortho Biotech Inc. 2009

ABT-IL12-00000016