# EXHIBIT 4

WILMERHALE

February 16, 2011

**Violetta G. Watson**

+1 212 937 7221 (t)
+1 212 230 8888 (f)
violetta.watson@wilmerhale.com

**By E-mail**

Matthew A. Pearson, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013

Re: *Abbott GmbH & Co., KG et al. v. Centocor Ortho Biotech, Inc. et al.*, C.A. No. 4:09-v-11340

Dear Matt:

I write in response to the letter you sent earlier today. Abbott maintains its request for an injunction in this litigation. However, Abbott's position is that further discovery relating to the issue of an injunction would be premature at this time and should take place, instead, prior to any injunction hearing with the court, following trial.

Regards,

V. Watson

Violetta G. Watson