IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG,<br>ABBOTT BIORESEARCH CENTER, INC.<br>AND ABBOTT BIOTECHNOLOGY, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC. AND<br>CENTOCOR BIOLOGICS, LLC.,<br><br>Defendants. | Civil Action No. 4:09-cv-11340-FDS<br><br>**Jury Trial Demanded** |

## ASSENTED MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF MEAGHAN H. DAVANT

Pursuant to Local Rule 83.5.2(c), Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc. and Abbott Biotechnology, Ltd. ("Abbott"), by and through Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York, hereby move for leave of court to withdraw the appearance of Meaghan H. Davant, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel for Abbott. Abbott has conferred with Defendants Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC., and they do not oppose this motion.

Respectfully submitted,

Dated: April 1, 2011

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
Julia A. Grimes (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (BBO #291960)
Anne M. McLaughlin (BBO # 666081)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology, Ltd.*

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant on the subject of this motion, and was advised that Defendant has no opposition to this motion.

/s/ Violetta G. Watson

## CERTIFICATE OF SERVICE

I certify that, on April 1, 2011, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Violetta G. Watson