IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC. AND ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4:09-cv-11340-FDS |

**DECLARATION OF ROBERT J. GUNTHER, JR. IN SUPPORT OF
ABBOTT'S REBUTTAL CLAIM CONSTRUCTION BRIEF
REGARDING THE TERM "HUMAN ANTIBODY"**

I, Robert J. Gunther, Jr., declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York, and counsel for Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. (collectively "Abbott") in the above-captioned matter. I submit this declaration in support of Abbott's Rebuttal Claim Construction Brief Regarding the Term "Human Antibody."

2. Attached hereto as Exhibit 22 is a true and accurate copy of excerpts from [Centocor's] Opening Claim Construction Brief, dated November 12, 2008, in the matter *Centocor, Inc., et al. v. Abbott Laboratories, et al.*, Civil Action No. 2:07CV139 ***(FILED UNDER SEAL)***.

- 1 -

- 2 -

3. Attached hereto as Exhibit 23 is a true and accurate copy of excerpts from the Amendment and Response to Office Action, dated Dec. 4, 2007.

4. Attached hereto as Exhibit 24 is a true and accurate copy of excerpts of sequences from the Vbase database, at http://vbase.mrc-cpe.cam.ac.uk/list2.php.

5. Attached hereto as Exhibit 25 is a true and accurate copy of excerpts from the transcript of the deposition of Michael White, dated January 28, 2011, in the above-referenced matter *(FILED UNDER SEAL)*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2011 in Frankfurt, Germany.

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.

**CERTIFICATE OF SERVICE**

      I certify that, on April 12, 2011, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Robert J. Gunther, Jr.