# EXHIBIT 24



Although we suggest you use the Amino acid and nucleotide sequence alignments of the functional sequences to design PCR primers and probes etc. you may wish to browse the entire database, which includes the unmapped and non-functional sequences. Use the directory below to identify the name of the sequence you are interested in and then click on the V BASE entry. This will take you to the sequence itself. Alternatively, you can go directly to the sequences by clicking here.

## V BASE - main directory

This is a list of all the sequences in V BASE (this includes all mapped and unmapped sequences, whether functional or not - a compilation containing only mapped functional sequences can be found here). To remove the redundancy (caused by different groups publishing the same sequence) where there are two or more exon sequences are identical on the nucleotide level there is a single V BASE entry (Column 1). This table lists all the identical published sequences which correspond to each V BASE entry (Column 5). A link to the reference list is provided in parentheses for each sequence. Sequences which can be assigned definitive map positions within the main heavy and light chain loci according to accepted locus nomenclature are shown in bold and in these cases the locus/segment name is given in Column 2. Sequences which map to orphon loci are not shown in bold but their chromosomal locations are given as "Orph-CX" in Column 2 where X is the chromosome on which they reside. The family designation of each sequence is shown in Column 3 (- in this column indicates that no definitive family classification can be made). for reference purposes, Column 4 denotes the accession number of the first sequence that comprises each V BASE entry.

The V BASE entry (Column 1) is named as follows. If a single sequence comprises the V BASE entry, the V BASE entry is named after this sequence. If two sequences comprise a single V BASE entry, the V BASE entry corresponds to the names of these sequences separated by a /. If three or more sequences comprise a single V BASE entry, the V BASE entry corresponds to the names of the first two sequences separated by a / followed by three dots. An additional + at the end of the name indicates that the sequence has been mapped within the main heavy and light chain loci (since all D and J sequences have been mapped. + has not been added to these sequences). Further details on the compilation of V BASE (with examples) can be found here.

# VH Sequences

| 1.V BASE entry | 2.Locus | 3.Family | 4.Accession number of first named | 5.Compiled sequences |
|---|---|---|---|---|
| 1-1+ | 1-02 | VH1 | X92208 | **1-1(3)** |
| 1-17 | - | VH3 | ------ | 1-17(66) |
| 1-19 | - | VH3 | ------ | 1-19(66) |
| 1-36 | - | VH3 | ------ | 1-36(66) |
| 1-52 | - | VH3 | ------ | 1-52(66) |
| 1-v/CLL-27...+ | 5-78 | VH5 | X92213 | **1-v(3)**/CLL-27(52)/L2-9(52 |
| 12M28 | - | VH1 | ------ | 12M28(44) |
| 15-1/HC16-3 | Orph-C16 | VH1 | X92211 | 15-1(3)/HC16-3(49) |
| 1d101/DP-18+ | 7-40 | VH7 | L00159 | **1d101(46)/DP-18(34)** |
| 2-2 | - | VH3 | ------ | 2-2(66) |
| 2-20 | - | VH3 | ------ | 2-20(66) |
| 2.9II/VH4-MC8...+ | 4-55 | VH4 | X92223 | **2.9II(3)**/[VH4-MC8(28)/VH4 |
| 2.9III+ | 3-54 | VH3 | X92215 | **2-9III(3)** |
| 22-1+ | 1-12 | VH1 | X92210 | **22-1(3)** |
| 2M27/11M27... | - | VH1 | ------ | 2M27(44)/11M27(44)/[DA-6( |
| 3-17 | - | VH3 | ------ | 3-17(66) |
| 1-36 | - | VH3 | ------ | 3-36(66) |
| 3-49RBe | - | VH3 | X87090 | 3-49RBe(62e) |
| 3-49RBm | - | VH3 | ------ | 3-49RBm(62m) |
| 3d277d+ | 4-31 | VH4 | L10098 | **3d277d(32)** |
| 3d279d+ | 4-61 | VH4 | L10097 | **3d279d(45)** |
| 4-32 | - | VH3 | ------ | 4-32(66) |
| 4.30 | - | VH4 | Z14236 | 4.30(37) |
| 4.31 | - | VH4 | X92229 | 4.31(37) |
| 4.32 | - | VH4 | Z14235 | 4.32(37) |
| 4.34.2 | - | VH4 | Z14239 | 4.34.2(37) |
| 4.36 | - | VH4 | Z14241 | 4.36(37) |
| 4.37 | - | VH4 | Z14242 | 4.37(37) |
| 4.38 | - | VH4 | Z14243 | 4.38(37) |
| 4.39 | - | VH4 | X92230 | 4.39(37) |
| 4.42/VH4.13... | - | VH4 | X92233 | 4.42(37)/[VH4.13(17)/H2(3 |
| 4.43.4 | - | VH4 | X92235 | 4.43.4(37) |
| 4.43/VH4-MC8... | - | VH4 | X92234 | 4.43(37)/[VH4-MC8(28)/VH4 |
| 4.44 | - | VH4 | X92236 | 4.44(37) |
| 4.44.3 | - | VH4 | X92237 | 4.44.3(37) |
| 4M28 | - | VH1 | ------ | 4M28(44) |
| 65-1/DP-20... | Orph-C16 | VH1 | X55585 | 65-1(9)/DP-20(34)/HC16-2( |
| 65-3/COS-11... | Orph-C16 | VH1 | X55586 | 65-3(9)/COS-11(49)/HC16-4 |
| 6M27 | - | VH1 | ------ | 6M27(44) |
| 7-2+ | 1-45 | VH1 | X92209 | **7-2(3)** |
| 7A.10 | - | VH7 | X92291 | 7A.10(59) |
| 7A.16 | - | VH7 | X92292 | 7A.16(59) |
| 7A.18 | - | VH7 | X92293 | 7A.18(59) |
| 7A.4 | - | VH7 | X92290 | 7A.4(59) |
| 7E.2 | - | VH7 | X92294 | 7E.2(59) |
| 7R.9 | - | VH7 | X92295 | 7R.9(59) |
| 8-1B+ | 3-66 | VH3 | X92218 | **8-1B(3)** |
| 8M27 | - | VH1 | ------ | 8M27(44) |
| b1..e | - | VH3 | M77323 | b1..e(11e) |
| b13../hv3019b13 | - | VH3 | M77336 | b13..(11)/hv3019b13(11) |
| b18../hv3019b18 | - | VH3 | M77337 | b18..(11)/hv3019b18(11) |
| b25 | - | VH3 | M77326 | b25(11) |

```
b26                    -          VH3    M77338    b26(11)
b28e                   -          VH3    M77334    b28e(11e)
b28m                   -          VH3    ------    b28m(11m)
b29e                   -          VH3    M77339    b29e(11e)
b29m                   -          VH3    ------    b29m(11m)
b30                    -          VH3    M77335    b30(11)
b32e/b36m              -          VH3    M77324    b32e(11e)/b36m(11m)
b32m                   -          VH3    ------    b32m(11m)
b37                    -          VH3    M77327    b37(11)
b43                    -          VH3    M77328    b43(11)
b48                    -          VH3    M77329    b48(11)
b52                    -          VH3    M77331    b52(11)
b54../hv3005b54        -          VH3    M77332    b54..(11)/hv3005b54(11)
COS-10+                3-57       VH3    Z17396    COS-10(51)
COS-12+                3-d        VH3    Z18898    COS-12(51)
COS-13/HC16-14         Orph-C16   VH3    Z18918    COS-13(49)/HC16-14(49)
COS-14/HC15-5          Orph-C15   VH1    Z18899    COS-14(49)/HC15-5(49)
COS-15+                3-47       VH3    Z18900    COS-15(51)
COS-16+                3-43       VH3    Z18901    COS-16(51)
COS-18/HC15-6          Orph-C15   VH1    Z18903    COS-18(49)/HC15-6(49)
COS-19+                1-c        VH1    Z18904    COS-19(51)
COS-2+                 3-52       VH3    Z17388    COS-2(51)
COS-20                 Orph-C16   VH3    Z18905    COS-20(49)
COS-21/DA-12+          3-76       VH3    Z27445    COS-21(51)/DA-12(48)
COS-22+                3-54       VH3    Z27446    COS-22(51)
COS-23+                3-38       VH3    Z27447    COS-23(51)
COS-25+                5-51       VH5    Z27449    COS-25(51)
COS-28+                3-62       VH3    Z27452    COS-28(51)
COS-3/BHGH1+           3-30       VH3    Z17389    COS-3(51)/BHGH1(55)
COS-30                 Orph-C16   VH3    Z29594    COS-30(49)
COS-4                  Orph-C15   VH1    Z17390    COS-4(49)
COS-5+                 1-45       VH1    Z17391    COS-5(51)
COS-6/DA-8...+         3-74       VH3    Z17392    COS-6(51)/[DA-8(48)]
COS-8/hv3005f3...+     3-30       VH3    Z17394    COS-8(51)/hv3005f3(11)/b4
DA-1+                  1-f        VH1    Z29977    DA-1(48)
DA-2+                  1-e        VH1    Z29978    DA-2(48)
DA-3+                  3-72       VH3    Z29979    DA-3(48)
DA-4+                  3-65       VH3    Z29980    DA-4(48)
DA-5+                  3-h        VH3    Z29981    DA-5(48)
DP-1/HC15-1            Orph-C15   VH1    Z12303    DP-1(34)/HC15-1(49)
DP-10/hv1051...+       1-69       VH1    Z12312    DP-10(34)/hv1051(47)/1M27
DP-11/8-2+             1-67       VH1    Z12313    DP-11(34)/8-2(3)
DP-12                  Orph-C15   VH1    Z12314    DP-12(34)
DP-13+                 7-56       VH7    Z12315    DP-13(34)
DP-14/V1-18+           1-18       VH1    Z12316    DP-14(34)/V1-18(43)
DP-15/V1-8+            1-08       VH1    Z12317    DP-15(34)/V1-8(43)
DP-17/HC16-1           Orph-C16   VH1    Z12319    DP-17(34)/HC16-1(49)
DP-19/HC15-3           Orph-C15   VH1    Z12321    DP-19(34)/HC15-3(49)
DP-2/V71-5+            1-58       VH1    Z12304    DP-2(34)/V71-5(4)
DP-21/4d275a+          7-04.1     VH7    Z12323    DP-21(34)/4d275a(46)
DP-22/HC15-2           Orph-C15   VH1    Z12324    DP-22(34)/HC15-2(49)
DP-23/HC15-4           Orph-C15   VH1    Z12325    DP-23(34)/HC15-4(49)
DP-24                  Orph-C15   VH1    Z12326    DP-24(34)
DP-25/VI-3b+           1-03       VH1    Z12327    DP-25(34)/VI-3b(2)
DP-28/VH2-MC1...+      2-70       VH2    Z12330    DP-28(34)/VH2-MC1(28)/VH2
DP-29/12-2+            3-72       VH3    Z12331    DP-29(34)/12-2(3)
DP-3+                  1-f        VH1    Z12305    DP-3(34)
DP-30                  Orph-C15   VH3    Z12332    DP-30(34)
DP-31/V3-9P...+        3-09       VH3    Z12333    DP-31(34)/V3-9P(43)/A(66)
DP-32/V3-20+           3-20       VH3    Z12334    DP-32(34)/V3-20(43)
```

```
W9/W11                  Orph-C2        VK1      X51879     W9(87)/W11(87)
Z1                      -              VK1      M20813     Z1(83)
Z3                      -              VK1      X64641     Z3(91)
Z4                      -              VK1      X64642     Z4(91)
```

# JK Sequences

```
                                       4.Accession
                                       number of
1.V BASE entry          2.Locus  3.Family   first named   5.Compiled sequences
JK1                     1        JK1        J00242        JK1(142)
JK2                     2        JK2        J00242        JK2(142)
JK3                     3        JK3        J00242        JK3(142)
JK4                     4        JK4        J00242        JK4(142)
JK5                     5        JK5        J00242        JK5(142)
```

# VL Sequences

```
                                       4.Accession
                                       number of
1.V BASE entry          2.Locus  3.Family   first named   5.Compiled sequences
10a.872F9+              10a      VL10       Z73676        10a.872F9(133)
10b.4E7/V1-25P+         10b      VL10       Z73651        10b.4E7(133)/V1-25P(134)
1a.11.2/DPL1...+        1a       VL1        Z73653        1a.11.2(133)/DPL1(112)/V1
1b.366F5/DPL5...+       1b       VL1        Z73661        1b.366F5(133)/DPL5(112)/V
1c.10.2/DPL2...+        1c       VL1        Z73654        1c.10.2(133)/DPL2(112)/V1
1d.8.3/DPL4...+         1d       VL1        Z73655        1d.8.3(133)/DPL4(112)/VL1
1e.10.2/DPL8...+        1e       VL1        Z73656        1e.10.2(133)/DPL8(112)/V1
1f.366F5/DPL9...+       1f       VL1        Z73662        1f.366F5(133)/DPL9(112)/V
1g.400B5/DPL3...+       1g       VL1        Z73663        1g.400B5(133)/DPL3(112)/l
2a1.51E6/DPL15...+      2a1      VL2        Z73641        2a1.51E6(133)/DPL15(112)/
2a2.272A12/DPL11...+    2a2      VL2        Z73664        2a2.272A12(133)/DPL11(112
2b1.22E4/V1-8P+         2b1      VL2        X97466        2b1.22E4(133)/V1-8P(134)
2b2.400B5+              2b2      VL2        Z73665        2b2.400B5(133)
2c.118D9/V1-2+          2c       VL2        X97462        2c.118D9(133)/V1-2(134)
2d.29D11/DPL13...+      2d       VL2        X73642        2d.29D11(133)/DPL13(112)/
2e.2.2/V1-3+            2e       VL3        Z73657        2e.2.2(133)/V1-3(134)
2f.61E11/DPL14...+      2f       VL2        Z73643        2f.61E11(133)/DPL14(112)/
3a.119B4/V2-11+         3a       VL3        X97471        3a.119B4(133)/V2-11(134)
3a2.51E6/V2-4P+         3a2      VL3        X97465        3a2.51E6(133)/V2-4P(134)
3b.57F5/V2-18P+         3b       VL3        X97467        3b.57F5(133)/V2-18P(134)
3c.97H8/V2-20P+         3c       VL3        Z73644        3c.97H8(133)/V2-20P(134)
3e.272A12/V2-15+        3e       VL3        Z73666        3e.272A12(133)/V2-15(134)
3f.119B4/V2-9P+         3f       VL3        X97463        3f.119B4(133)/V2-9P(134)
3g.29D11/V2-12P...+     3g       VL3        X97472        3g.29D11/V2-12P(134)/lv41
3i.2.2+                 3i       VL3        Z73658        3i.2.2(133)
3j.118D9/V2-6+          3j       VL3        X97473        3j.118D9(133)/V2-6(134)
3k.61E11/V2-22P+        3k       VL3        X97469        3k.61E11(133)/V2-22P(134)
3m.102D1+               3m       VL3        X97474        3m.102D1(133)
3n.118D9/V2-5P+         3n       VL3        X97470        3n.118D9(133)/V2-5P(134)
3o.75H1+                3o       VL3        Z73646        3o.75H1(133)
3p.81A4/V2-7+           3p       VL3        X97464        3p.81A4(133)/V2-7(134)
3q.127E5+               3q       VL3        X97468        3q.127E5(133)
```