**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4:09-CV-11340 (FDS) |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED PRELIMINARY
INVALIDITY AND NON-INFRINGEMENT CONTENTIONS**

Centocor seeks leave to amend its Preliminary Invalidity and Non-Infringement Contentions, in the form attached as Exhibit A to this motion.

Centocor respectfully contends that there is good cause for amending its invalidity contentions to account for the Court's March 17, 2011 claim construction order in this case.

Respectfully submitted,

Date: April 14, 2011         By: /s/ Dianne Elderkin
　　　　　　　　　　　　　　　Dianne B. Elderkin (*pro hac vice*)
　　　　　　　　　　　　　　　delderkin@akingump.com
　　　　　　　　　　　　　　　Barbara L. Mullin (*pro hac vice*)
　　　　　　　　　　　　　　　bmullin@akingump.com
　　　　　　　　　　　　　　　Steven D. Maslowski (*pro hac vice*)
　　　　　　　　　　　　　　　smaslowski@akingump.com
　　　　　　　　　　　　　　　Angela Verrecchio (*pro hac vice*)
　　　　　　　　　　　　　　　averrecchio@akingump.com
　　　　　　　　　　　　　　　Matthew A. Pearson (*pro hac vice*)
　　　　　　　　　　　　　　　mpearson@akingump.com
　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　Two Commerce Square
　　　　　　　　　　　　　　　2001 Market Street, Suite 4100
　　　　　　　　　　　　　　　Philadelphia, PA 19103-7013
　　　　　　　　　　　　　　　215-965-1200
　　　　　　　　　　　　　　　FAX: 215-965-1210

　　　　　　　　　　　　　　　Heather P. Repicky (BBO # 663347)
　　　　　　　　　　　　　　　NUTTER MCLENNEN & FISH LLP
　　　　　　　　　　　　　　　World Trade Center West
　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　617-439-2000
　　　　　　　　　　　　　　　FAX: 617-310-9000

　　　　　　　　　　　　　　　Attorneys For Defendants
　　　　　　　　　　　　　　　CENTOCOR ORTHO BIOTECH, INC. and
　　　　　　　　　　　　　　　CENTOCOR BIOLOGICS, LLC

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify pursuant to Local Rule 7.1(A)(2) that counsel for Centocor has conferred with counsel for Abbott on the matter set forth herein and that counsel for Abbott has indicated that they oppose this motion.

Matthew Pearson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Motion For Leave To File Amended Preliminary Invalidity and Non-Infringement Contentions was electronically mailed to counsel of record on April 14, 2011 through the Court's ECF notification system.

Matthew Pearson