# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., ABBOTT BIOTECHNOLOGY, LTD. ) ) ) ) | C.A. No. 4:09-CV-11340 (FDS) |
| Plaintiffs, ) ) | JURY TRIAL DEMANDED |
| v. ) ) | FILED UNDER SEAL |
| CENTOCOR ORTHO BIOTECH, INC., CENTOCOR BIOLOGICS, LLC. ) ) ) ) | |
| Defendant. ) ) | |

**MEMORANDUM OF LAW SUPPORTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE MACE EVIDENCE**

**FILED UNDER SEAL**