# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2

 3

 4   Abbott GmbH & Co., KG,          )
     Abbott Bioresearch Center,      )
 5   Inc., and Abbott Biotechnology  )
     Ltd.,                           )
 6               Plaintiffs,         )
                                     )
 7   vs.                             )   Case No. 09cv11340-FDS
                                     )
 8   Centocor Ortho Biotech, Inc.,   )
     Centocor Biologics, LLC,        )
 9               Defendant.          )

10

11

12   BEFORE:   The Honorable F. Dennis Saylor, IV

13

14
                        Summary Judgment Motions
15

16

17
                                 United States District Court
18                               Courtroom No. 2
                                 595 Main Street
19                               Worcester, Massachusetts
                                 November 22, 2011
20

21

22
                       Marianne Kusa-Ryll, RDR, CRR
23                        Official Court Reporter
                       United States District Court
24                      595 Main Street, Room 514A
                         Worcester, MA 01608-2093
25                   508-929-3399 justicehill@aol.com
                    Mechanical Steno - Transcript by Computer
```

| | | |
|---|---|---|
| 09:40:14 | 1 | evidence your Honor considers, what's the standard of |
| 09:40:17 | 2 | review. |
| 09:40:17 | 3 | Now, the latter question is if there's new |
| 09:40:20 | 4 | evidence, it's de novo; if there's no new evidence, it's |
| 09:40:24 | 5 | substantial evidence under the APA. |
| 09:40:27 | 6 | But the middle question, which is what new |
| 09:40:29 | 7 | evid -- what new evidence can you consider is frankly a |
| 09:40:33 | 8 | little ambiguous right now.  But I think *Hyatt* will get |
| 09:40:37 | 9 | decided by next June, so there will be more clarity. |
| 09:40:41 | 10 | That doesn't implicate the finality of the decision. |
| 09:40:44 | 11 | The finality of the decision is did the Board of Patent |
| 09:40:49 | 12 | Interferences render a full and fair final judgment? |
| 09:40:54 | 13 | And we suggest, your Honor, that the answer is yes. |
| 09:40:58 | 14 | All of the circuits that have considered |
| 09:41:03 | 15 | this issue have said that the pendency of an appeal does |
| 09:41:08 | 16 | not preclude finality.  Now, to go to the -- to the |
| 09:41:12 | 17 | question, your Honor, I think, characterizes as vexing |
| 09:41:15 | 18 | is I don't know that it matters whether you characterize |
| 09:41:19 | 19 | it as a quasi-appeal, a subsequent administrative |
| 09:41:23 | 20 | proceeding.  What we -- the more important issue is did |
| 09:41:27 | 21 | the Board render a final determination?  And the best |
| 09:41:33 | 22 | indication, your Honor, that it was a final |
| 09:41:35 | 23 | determination is this:  Centocor could appeal it; could |
| 09:41:39 | 24 | appeal it to the Federal Circuit; could appeal it to |
| 09:41:43 | 25 | your Honor in a 146 proceeding. |

13:02:42   1              I understand you all are going to confer,
13:02:44   2   try to find a time when we can reconvene, whether on
13:02:48   3   December 7th or afterwards.  As a practical matter,
13:02:54   4   let's assume it would be between two o'clock and five
13:02:57   5   o'clock, on December 7th, if that's what we do, in
13:03:00   6   Boston.
13:03:01   7              I might squeeze a little time on the
13:03:03   8   beginning and end of each of that, but let's call it
13:03:06   9   three hours, and we can probably work with Mr. Castles
13:03:12  10   on the calendar and find time later either of the two
13:03:16  11   weeks following to reconvene.
13:03:17  12              In the meantime, of course, the motions that
13:03:23  13   have been argued thus far are -- I'll take under
13:03:26  14   advisement.
13:03:26  15              Thank you, all.  It is very helpful to me.
13:03:30  16   It was well argued all the way around, which I very much
13:03:34  17   appreciate.
13:03:35  18              Have a good Thanksgiving, everyone.  Good
13:03:39  19   travel, Mr. Lee.
13:03:40  20              MR. LEE:  Your Honor, could we just -- we
13:03:42  21   had suggested to the Court, I think, a possible trial
13:03:45  22   date of September 10th through October 12th.  If the
13:03:49  23   Court could give us some guidance on whether that works
13:03:51  24   for you, just so we know that we can hold it.
13:03:55  25              THE COURT:  I may have something already