# EXHIBIT 2

1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
2

3

4    Abbott GmbH & Co., KG,          )
     Abbott Bioresearch Center,      )
5    Inc., and Abbott Biotechnology)
     Ltd.,                           )
6              Plaintiffs,           )
                                     )
7    vs.                             )   Case No. 09cv11340-FDS
                                     )
8    Centocor Ortho Biotech, Inc., )
     Centocor Biologics, LLC,        )
9              Defendant.            )

10

11

12   BEFORE:  The Honorable F. Dennis Saylor, IV

13

14                      Motion Hearing

15

16

17
                        United States District Court
18                      Courtroom No. 2
                        One Courthouse Way
19                      Boston, Massachusetts
                        December 7, 2011
20

21

22
                   Marianne Kusa-Ryll, RDR, CRR
23                     Official Court Reporter
                   United States District Court
24                  595 Main Street, Room 514A
                       Worcester, MA 01608-2093
25            508-929-3399 justicehill@aol.com
               Mechanical Steno - Transcript by Computer

| | | |
|---|---|---|
| 14:05:40 | 1 | for the 146 action. |
| 14:05:41 | 2 | And what I intended to say and what I think |
| 14:05:44 | 3 | is clear from the rest of the context is that if there's |
| 14:05:47 | 4 | a final decision in the 146 action, that that would bar |
| 14:05:51 | 5 | presenting an obviousness defense in the infringement |
| 14:05:54 | 6 | action, but I think I didn't say that very well, so I |
| 14:05:58 | 7 | just wanted to clarify that. |
| 14:05:59 | 8 | THE COURT:  All right. |
| 14:06:01 | 9 | MS. ELDERKIN:  Turning to summary judgment |
| 14:06:04 | 10 | No. 3, Centocor's summary judgment motion for invalidity |
| 14:06:07 | 11 | of the p19 claims for lack of written description. |
| 14:06:11 | 12 | This motion presents additional reason -- an |
| 14:06:14 | 13 | additional reason why certain of the claims are invalid |
| 14:06:17 | 14 | for failing to meet the written description requirement. |
| 14:06:20 | 15 | And these particular claims are all in the '485 patent. |
| 14:06:23 | 16 | They are claims 1, 3, 4, 6 through 11, 15, 18, 19, and |
| 14:06:31 | 17 | 24 to 26. |
| 14:06:32 | 18 | Now, these are all claims that are not |
| 14:06:35 | 19 | limited to antibodies that bind to IL-12, the antigen |
| 14:06:42 | 20 | IL-12.  They are broad enough to encompass antibodies |
| 14:06:46 | 21 | that also bind to a dimer that is formed from the p40 |
| 14:06:50 | 22 | subunit, which is also found in IL-12, but where that |
| 14:06:55 | 23 | p40 subunit is bonded to something else, something |
| 14:06:58 | 24 | that's referred to in the patent as a "novel p19 |
| 14:07:02 | 25 | molecule." |