# EXHIBIT 102

**BEST COPY**

### U.S. UTILITY Patent Application

| O.I.P.E. SCANNED | O.A. | PATENT DATE |
|---|---|---|

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/534717 | | 424 | | | |

APPLICANTS: JOCHEN SALFELD
MICHAEL ROGUSKA
MICHAEL PASKIND
SUBHASHIS BANERJEE

TITLE: Human antibodies

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |

**INTERNATIONAL CLASSIFICATION**

☐ Continued on Issue Slip Inside File Jacket

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

(Assistant Examiner) (Date)

**NOTICE OF ALLOWANCE MAILED**

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

**ISSUE FEE**

| Amount Due | Date Paid |
|---|---|

(Primary Examiner) (Date)

**ISSUE BATCH NUMBER**

☐ The terminal ___ months of this patent have been disclaimed.

(Legal Instruments Examiner) (Date)

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 6/99)

FILED WITH: ☐ DISK (CRF) ☐ FICHE ☐ CD-ROM
(Attached in pocket on right inside flap)

(FACE)



Customer Number: 000959

#4

Attorney's Docket Number: BBI-093CP

### Declaration, Petition and Power of Attorney for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**HUMAN ANTIBODIES THAT BIND HUMAN IL-12 AND METHODS FOR PRODUCING**

the specification of which

(check one)

___ is attached hereto.

_X_ was filed on March 24, 2000 as

Application Serial No. 09/534,717

and was amended on _____.
(if applicable)

I do not know and do not believe that the subject matter of this application was known or used by others in the United States or patented or described in a printed publication in any country before my invention thereof, or patented or described in a printed publication in any country or in public use or on sale in the United States more than one year prior to the date of this application, or first patented or caused to be patented or made the subject of an inventor's certificate by me or my legal representatives or assigns in a country foreign to the United States prior to the date of this application on an application filed more than twelve months (six months if this application is for a design) before the filing of this application; and I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application, that no application for patent or inventor's certificate on the subject matter of this application has been filed by me or my representatives or assigns in any country foreign to the United States, except those identified below, and that I have reviewed and understand the contents of the specification, including the claims as amended by any amendment referred to herein.

I acknowledge the duty to disclose to the Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

## CLAIM OF BENEFIT OF EARLIER FOREIGN APPLICATION(S)

I hereby claim priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below, and have also identified below any foreign application(s) for patent or inventor's certificate filed by me on the same subject matter having a filing date before that of the application(s) from which priority is claimed.

Check one:

**X** no such applications have been filed.

_ such applications have been filed as follows

EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED WITHIN 12 MONTHS
(6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

| Country | Application Number | Date of Filing (month,day,year) | Priority Claimed Under 35 USC 119 |
|---|---|---|---|
|  |  |  | _ Yes    No _ |
|  |  |  | _ Yes    No _ |
|  |  |  | _ Yes    No _ |
|  |  |  | _ Yes    No _ |
|  |  |  | _ Yes    No _ |

ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS
(6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

|  |
|---|
|  |
|  |
|  |

-2-

COBI01288631

## CLAIM FOR BENEFIT OF U.S. PROVISIONAL APPLICATION(S)

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application(s) listed below.

| 60/126,603 | March 25, 1999 |
|---|---|
| (Application Serial No.) | (Filing Date) |

| | |
|---|---|
| (Application Serial No.) | (Filing Date) |

- 3 -

COBI01288632

### CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S)

I hereby claim the benefit under Title 35, United States Code, §120 of any earlier United States application(s) or PCT international application(s) designating the United States listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the earlier application(s) in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose to the Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date(s) of the earlier application(s) and the national or PCT international filing date of this application. As to subject matter of this application which is common to my earlier application(s), if any, described below, I do not know and do not believe that the same was known or used by others in the United States or patented or described in a printed publication in any country before my invention thereof, or patented or described in a printed publication in any country or in public use or on sale in the United States more than one year prior to the date(s) of said earlier application(s), or first patented or caused to be patented or made the subject of an inventor's certificate by me or my legal representatives or assigns in a country foreign to the United States prior to the date(s) of said earlier application(s) on an application filed more than twelve months (six months if this application is for a design) before the filing of said earlier application(s); and I acknowledge that no application for patent or inventor's certificate on said subject matter has been filed by me or my representatives or assigns in any country foreign to the United States except those identified herein.

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, aband.) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, aband.) |

- 4 -

COBI01288633

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorneys and/or agents to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| | | | |
|---|---|---|---|
| James E. Cockfield | Reg. No. 19,162 | Catherine J. Kara | Reg. No. 41,106 |
| Thomas V. Smurzynski | Reg. No. 24,798 | Jeanne M. DiGiorgio | Reg. No. 41,710 |
| Ralph A. Loren | Reg. No. 29,325 | Megan E. Williams | Reg. No. 43,270 |
| Giulio A. DeConti, Jr. | Reg. No. 31,503 | Nicholas P. Triano III | Reg. No. 36,397 |
| Ann Lamport Hammitte | Reg. No. 34,858 | Peter C. Lauro | Reg. No. 32,360 |
| Elizabeth A. Hanley | Reg. No. 33,505 | Timothy J. Douros | Reg. No. 41,716 |
| Amy E. Mandragouras | Reg. No. 36,207 | DeAnn F. Smith | Reg. No. 36,683 |
| Anthony A. Laurentano | Reg. No. 38,220 | William D. DeVaul | Reg. No. 42,483 |
| Jane E. Remillard | Reg. No. 38,872 | David J. Rikkers | Reg. No. 43,882 |
| Jeremiah Lynch | Reg. No. 17,425 | Chi Suk Kim | Reg. No. 42,728 |
| Kevin J. Canning | Reg. No. 35,470 | | |
| David A. Lane, Jr. | Reg. No. 39,261 | | |

Send Correspondence to  Giulio A. DeConti, Jr., Esq.  at Customer Number: 000959 whose address is: Lahive & Cockfield, LLP, 28 State Street, Boston, MA 02109

Direct Telephone Calls to: Giulio A. DeConti, Jr., Esq., (617) 227-7400

Wherefore I petition that letters patent be granted to me for the invention or discovery described and claimed in the attached specification and claims, and hereby subscribe my name to said specification and claims and to the foregoing declaration, power of attorney, and this petition.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full name of sole or first inventor |
|---|
| Jochen Salfeld |
| Inventor's signature                                      Date |
| Residence |
| 177 Old Westborough Road, North Grafton, MA 01536 |
| Citizenship |
| Germany |
| Post Office Address (if different) |

-5-

COBI01288634

| Full name of second inventor, if any |  |
|---|---|
| Michael Roguska | |
| Inventor's signature | Date |
| Residence | |
| 16 Hilldale Road, Ashland, MA 01721 | |
| Citizenship | |
| United States | |
| Post Office Address (if different) | |

| Full name of third inventor, if any |  |
|---|---|
| Michael Paskind | |
| Inventor's signature | Date |
| Residence | |
| 253 Redemption Rock Trail, Sterling, Ma 01564 | |
| Citizenship | |
| United States | |
| Post Office Address (if different) | |

| Full name of fourth inventor, if any |  |
|---|---|
| Subhashis Banerjee | |
| Inventor's signature | Date |
| Residence | |
| 25 Hapgood Way, Shrewsbury, MA 01545 | |
| Citizenship | |
| India | |
| Post Office Address (if different) | |

| Full name of fifth inventor, if any |  |
|---|---|
| Daniel Tracey | |
| Inventor's signature | Date |
| Residence | |
| 149 Shaker Road, Harvard, MA 01451 | |
| Citizenship | |
| United States | |
| Post Office Address (if different) | |

COBI01288635

| Full name of sixth inventor, if any |
|---|
| Michael White |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 30 Angelica Drive, Framingham, MA 01701 |
| Citizenship |
| United States |
| Post Office Address (if different) |

| Full name of seventh inventor, if any |
|---|
| Zehra Kaymakcalan |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 4 Picadilly Way, Westborough, MA 01581 |
| Citizenship |
| Turkey |
| Post Office Address (if different) |

| Full name of eighth inventor, if any |
|---|
| Boris Labkovsky |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 107 A-5 Broadmeadow Road, Marlborough, MA 01752 |
| Citizenship |
| United States |
| Post Office Address (if different) |

| Full name of ninth inventor, if any |
|---|
| Paul Sakorafas |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 47 Court Street, Newton, MA 02160 |
| Citizenship |
| United States |
| Post Office Address (if different) |

COBI01288636

| Full name of tenth inventor, if any |  |
|---|---|
| Geertruida M. Veldman |  |
| Inventor's signature | Date |
| Residence | |
| 60 Woodmere Drive, Sudbury, MA 01776 | |
| Citizenship | |
| Netherlands | |
| Post Office Address (if different) | |

| Full name of eleventh inventor, if any |  |
|---|---|
| Amy Venturini |  |
| Inventor's signature | Date |
| Residence | |
| 207 Woburn Street, Lexington, MA 02420 | |
| Citizenship | |
| United States | |
| Post Office Address (if different) | |

| Full name of twelfth inventor, if any |  |
|---|---|
| Angela Widom |  |
| Inventor's signature | Date |
| Residence | |
| 19 Cherokee Road, Acton, MA 01720 | |
| Citizenship | |
| United States | |
| Post Office Address (if different) | |

| Full name of thirteenth inventor, if any |  |
|---|---|
| Stuart Friedrich |  |
| Inventor's signature [signed] | Date 7/31/00 |
| Residence | |
| 20 Albion Street, Melrose, MA 02176 | |
| Citizenship | |
| Canada | |
| Post Office Address (if different) | |

- 8 -

| Full name of fourteenth inventor, if any |   |
|---|---|
| Nicholas W. Warne |   |
| Inventor's signature | Date |
| Residence |   |
| 27 Farrwood Drive, Andover, MA 01810 |   |
| Citizenship |   |
| United States |   |
| Post Office Address (if different) |   |

| Full name of fifteenth inventor, if any |   |
|---|---|
| Angela Myles |   |
| Inventor's signature | Date |
| Residence |   |
| 11 Crescent Drive, Apt. 7, Andover, MA 01810 |   |
| Citizenship |   |
| United States |   |
| Post Office Address (if different) |   |

| Full name of sixteenth inventor, if any |   |
|---|---|
| John Gawain Elvin |   |
| Inventor's signature | Date |
| Residence |   |
| 36 Perowne Street, Cambridge, Great Britain CB1 2AY |   |
| Citizenship |   |
| United Kingdom |   |
| Post Office Address (if different) |   |

| Full name of seventeenth inventor, if any |   |
|---|---|
| Alexander Robert Duncan |   |
| Inventor's signature | Date |
| Residence |   |
| 3 Hauwxton Road, Little Shelford, Cambridge, Great Britain CB2 5HJ |   |
| Citizenship |   |
| United Kingdom |   |
| Post Office Address (if different) |   |

COBI01288638

| Full name of eighteenth inventor, if any |
|---|
| Elaine Joy Derbyshire |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 15 The Brambles, Studlands Rise, Royston, Hertfordshire, Great Britain SG8 9NQ |
| Citizenship |
| United Kingdom |
| Post Office Address (if different) |

| Full name of nineteenth inventor, if any |
|---|
| Sara Carmen |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 136 Sturton Street, Cambridge, Great Britain CB1 2QF |
| Citizenship |
| United Kingdom |
| Post Office Address (if different) |

| Full name of twentieth inventor, if any |
|---|
| Stephen Smith |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 33 Church Road, Wicken, Ely, Cambridgeshire, Great Britain CB7 5XT |
| Citizenship |
| United Kingdom |
| Post Office Address (if different) |

| Full name of twenty-first inventor, if any |
|---|
| Thor Las Holtet |

| Inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| 13 Mortimer Road, Royston, Hertfordshire, Great Britain |
| Citizenship |
| Denmark |
| Post Office Address (if different) |

COBI01288639

| Full name of twenty-second inventor, if any |
|---|
| Sarah Leila Du Fou |
| Inventor's signature                                    Date |
| Residence |
| 76 Ickleford Road, Hitchen, Hertfordshire, Great Britain SG5 1TL |
| Citizenship |
| United Kingdom |
| Post Office Address (if different) |

- 11 -