# CENTOCOR DEPOSITION EXHIBIT 238

# WILMERHALE

November 3, 2010

**Maria K. Vento**

+1 650 858 6036(t)
+1 650 858 6100(f)
maria.vento@wilmerhale.com

<u>By E-mail</u>

Angela Verrecchio, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013

Re: *Abbott GmbH & Co., KG et al. v. Centocor Ortho Biotech, Inc. et al.*, C.A. No. 4:09-v-11340

Dear Angie:

I write with regard to depositions in the above captioned case.

First, as requested in my October 21 letter to Mr. Pearson and Ms. Watson's October 29 letter to you, please provide proposed dates for the depositions of Drs. Shealy and Ghrayeb, George Heavner, Karyn O'Neill and Centocor's designee on Topics 7-9 of Plaintiffs' First Notice of 30(b)(6) Deposition of Defendants.

Second, please confirm that Centocor will take the depositions of Michael White on November 18, 2010, Boris Labkovsky on November 19, 2010 and Zehra Kaymakcalan on January 21, 2011 at WilmerHale's Boston office. Also, please confirm that Centocor will take the deposition of Elaine Derbyshire (Broadbent) on December 12, 2010 in Crowthorne, England.

Third, Jeff Stewart is available for deposition on December 16, 2010 in Chicago, Illinois. Please confirm that this date is agreeable to Centocor. Additionally, please note that, subject to Plaintiff's October 5, 2010 objections and responses, Mr. Stewart will be Plaintiff's designee on Topics 15-24, 26-29, 37-42 and the portion of Topic 30 addressing marketing of Defendants' September 3, 2010 30(b)(6) Notice to Plaintiffs.

Fourth, subject to Plaintiffs' October 5, 2010 objections and responses, Susan Lacy will be Plaintiffs' designee on Topics 12(i) and 12(v) of Defendants' September 3, 2010 30(b)(6) Notice to Plaintiffs.

Finally, please provide us with proposed dates of deposition for Robert Bazemore and for Centocor's designee on Topics 18-39, 41, and 46 of Plaintiffs' First Notice of 30(b)(6) Deposition of Defendants.

CENTOCOR
EXHIBIT 236
C.A. No.09cv11340

Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

USIDOCS 7751420v1

Angela Verrecchio, Esq.
November 3, 2010
Page 2

**WILMERHALE**

Very truly yours,

*Maria K. Vento*

Maria K. Vento  HS·

cc:  Violetta Watson, Esq.