# CENTOCOR DEPOSITION EXHIBIT 288




Twitter
RSS
Facebook

# Skin & Allergy News
*digital network*

News and Views that Matter to Dermatology

Register | User Login | Advertise | Subscription Renew | Contact Us | Site Map

SEARCH:
Enter keywords

Sponsored by:

Read digital edition of *Skin & Allergy News*.

## Abbott Withdraws Briakinumab Approval Application

By: ELIZABETH MECHCATIE, Skin & Allergy News Digital Network

01/18/11

Abbott Laboratories, the manufacturer of briakinumab, a monoclonal antibody that has been under review at the Food and Drug Administration as a treatment for psoriasis, has withdrawn the application for approval in the United States and in Europe, according to a filing with the U.S. Securities and Exchange Commission on Jan. 14.

"Following feedback from regulatory authorities indicating the need for further analysis and the potential for additional studies, the company plans to evaluate the next steps for briakinumab, including resubmission at a later date," the filing stated.

**RELATED NEWS:**
Biologics Up Cardiovascular
Risk: New Analysis Finds

Briakinumab is an anti-IL-12/23 monoclonal antibody, also known as ABT-874, which targets the IL-12/23 proteins that are linked to inflammation and is the second biologic in this class to complete phase III trials for treating plaque psoriasis, according to Abbott. In four studies presented at the European Association of Dermatology and Venereology, skin clearance rates among patients with moderate to severe chronic plaque psoriasis were greater among those treated with briakinumab than among those who were treated with etanercept, methotrexate, or placebo, Abbott reported in October.

The company did not issue a statement regarding the withdrawal of the application, or provide any details as to why the application is being withdrawn.

In an interview, Dr. Alan Menter, chairman of the division of dermatology at Baylor University Medical Center in Dallas, did not speculate as to why the applications were withdrawn. But he pointed out that the FDA is very "risk averse" and referred to information in the public domain, namely, cases of major adverse cardiovascular events (MACE) associated with briakinumab. In January 2010, the MACE events resulted in the requirement that patients with more than one risk factor for heart disease discontinue the long-term clinical study.

While briakinumab is a "great drug" that has been associated with the most clinically significant results ever seen with a systemic or biologic psoriasis drug, Dr. Menter said that the mechanisms behind the potential short- and long-term risk for MACE needs to be evaluated. If briakinumab is reducing inflammation in psoriasis, it would also be expected to possibly reduce adverse coronary events.

There were a few cases of MACE among patients treated with ustekinumab, and none among those on placebo, in early phase II studies. However, apparently there were no differences in long-term studies, so it is unclear whether this will be an issue with ustekinumab, he said.

Dr. Menter has conducted research for, and is an advisor and consultant to Abbott, but has no stock in the company. He has also been an investigator for ustekinumab studies.

< Back to Home

### Post a comment

Log in or create an account to submit your comment for this article.

No comments

Get **the Skinny** E-Newsletter

I am a

I would like to receive The Skinny e-newsletter each week

### Designed to Advance Retinoid Therapy





### Specialty Focus

- Acne & Rosacea
- Aesthetic Dermatology
- Atopic Dermatitis & Eczema
- Cutaneous Oncology
- Hair & Nails
- Infectious Diseases
- Pediatric Dermatology
- Psoriasis & Rheumatologic Disorders
- Skin of Color
- Wound Healing

Copyright © 2011                All rights reserved



CENTOCOR
EXHIBIT 288
C.A. No.09cv11340



### Question of the Week

Do you regularly screen your psoriasis patients for comorbidities that could increase their risk for cardiovascular disease and other problems?

- Always
- Not Regularly
- Never

Click Here for Poll Archives

### calendar

| Date | Event |
|---|---|
| Feb 2 - 3<br>New Orleans, LA | International Society of Dermatopathology (ISDP) 14th Int'l Meeting |
| Feb 2 - 5<br>New Orleans, LA | Association of Dermatology Administration/Managers (ADA/M) Annual Meeting |
| Feb 3<br>New Orleans, LA | Society for Pediatric Dermatology (SPD) Pre-American Academy of Dermatology Meeting |
| Feb 3<br>New Orleans, LA | 15th Annual Meeting of the Council ... |
| Feb 4 - 8<br>New Orleans, LA | ... |
| Feb 5<br>New Orleans, LA | ... |
| Feb 17 - 21<br>Miami Beach, FL | ... |
| Feb 23 - 27<br>Maui, HI | ... |
| Mar 9 - 13<br>Naples, FL | ... |
| Mar 13 - 18<br>Wailea, HI | ... |

More Calendar »

### Seminars In Cutaneous Medicine And Surgery



Seminars in Cutaneous Medicine and Surgery publishes topical reviews that address critical advances in the practice of medical and surgical dermatology. In depth coverage of topics integral to the specialty, includes dermatologic surgery, general dermatology and dermatopathology.

2010 Topics Volume 29 Issue 1

March
Psoriasis and Biologics
Craig Leonardi

June
Pediatric Dermatology
Kelly Cordoro

September
Pigmented Lesions
Michael Ming

December
Skin Cancer
Tom Rohrer

*More Seminars »*



This site complies with the HONcode standard for trustworthy health information: verify here.