# CENTOCOR DEPOSITION EXHIBIT 295

*FILED UNDER SEAL*