UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ABBOTT GMBH & CO., KG ET AL.,
:
           Plaintiff,
:
    v.
:
CENTOCOR ORTHO BIOTECH, INC.,
           Defendant.
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 09-CV-11340

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.

All facsimile and telephone numbers will remain the same.

Dated: New York, New York
       July 16, 2012

                                                WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP

                                                 /s/ _Robert Gunther, Jr._____
                                                 Robert J. Gunther, Jr.
                                                 7 World Trade Center
                                                 New York, NY 10036
                                                 (212) 230-8800
                                                 (212) 230-8888 (fax)

US1DOCS 7373039v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

s/ Robert J. Gunter, Jr.
Robert J. Gunther, Jr.
