# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., ABBOTT BIOTECHNOLOGY, LTD. )<br><br>Plaintiffs, )<br><br>v. )<br><br>CENTOCOR ORTHO BIOTECH, INC., CENTOCOR BIOLOGICS, LLC. )<br><br>Defendants. ) | C.A. No. 4:09-CV-11340 (FDS)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that Plaintiffs will file a motion for redaction electronically with the Court, via CM/ECF, within 21 days from the filing of the transcript. The transcript for proceedings on August 13, 2012 was transcribed by Valerie O'Hara, Official Court Reporter.

Respectfully Submitted,

Dated: August 16, 2012

/s/ Robert J. Gunther, Jr.

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Anne-Marie Yvon (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
Paula Estrada de Martin (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

        William F. Lee (BBO #291960)
        Anne M. McLaughlin (BBO # 666081)
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000

        William G. McElwain (BBO # 332510)
        Amy K. Wigmore (admitted *pro hac vice*)
        Amanda L. Major (admitted *pro hac vice*)
        Jacob S. Oyloe (admitted *pro hac vice*)
        Rachel L. Weiner (admitted *pro hac vice*)
        WILMER CUTLER PICKERING
          HALE and DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        Tel: (202) 663-6000
        Fax: (202) 663-6363

        William W. Kim (admitted *pro hac vice*)
        Arthur W. Coviello (admitted *pro hac vice*)
        WILMER CUTLER PICKERING
          HALE and DORR LLP
        950 Page Mill Road
        Palo Alto, California 94304
        Tel: (650) 858-6000
        Fax: (650) 858-6100

        *Attorneys for Abbott GmbH & Co., KG,*
        *Abbott Bioresearch Center, Inc., and Abbott*
        *Biotechnology, Ltd.*

## CERTIFICATE OF SERVICE

  I certify that, on August 16, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                   /s/ Rachel L. Weiner