**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | C.A. No. 4:09-CV-11340 (FDS) |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | |
| Defendant. | |

**NOTICE OF PARTY NAME CHANGE**

Please take notice that effective June 22, 2011, the name of Defendant Centocor Ortho Biotech, Inc. was changed to "Janssen Biotech, Inc." (See Exhibit A). The address and telephone number of the company have not been affected by this change.

Dated: August 29, 2012	CENTOCOR ORTHO BIOTECH, INC.,

By its attorneys,

/s/ Dianne B. Elderkin
Dianne B. Elderkin
Barbara L. Mullin
Steven D. Maslowski
Angela Verrecchio
Matthew A. Pearson
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA 19103
(215) 965-1200
FAX: (215) 965-1210

Emily C. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
FAX: (202) 887-4288

Heather B. Repicky (BBO # 6623347)
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000

## CERTIFICATE OF SERVICE

  I certify that, on August 29, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                 _/s/ Angela Verrecchio_