# EXHIBIT A

Entity #: 675202
Date Filed: 06/15/2011
Carol Aichele
Secretary of the Commonwealth

**PENNSYLVANIA DEPARTMENT OF STATE**
**CORPORATION BUREAU**

## Articles of Amendment-Domestic Corporation
(15 Pa.C.S.)

[X] Business Corporation (§ 1915)
[ ] Nonprofit Corporation (§ 5915)

Name: CT - COUNTER
Address:
City: 8172640 SOPA 10  State  Zip Code

Commonwealth of Pennsylvania
ARTICLES OF AMENDMENT-BUSINESS 3 Page(s)



T1116711008

Fee: $70

In compliance with the requirements of the applicable provisions (relating to articles of amendment), the undersigned, desiring to amend its articles, hereby states that:

1. The name of the corporation is:
Centocor Ortho Biotech Inc.

2. The (a) address of this corporation's current registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is (the Department is hereby authorized to correct the following information to conform to the records of the Department):
   (a) Number and Street    City    State    Zip    County

   (b) Name of Commercial Registered Office Provider                              County
   c/o          C T Corporation System               Allegheny

3. The statute by or under which it was incorporated: Section 1306

4. The date of its incorporation: 5/16/79

5. Check, and if appropriate complete, one of the following:

[ ] The amendment shall be effective upon filing these Articles of Amendment in the Department of State.

[X] The amendment shall be effective on: June 22, 2011 at _____
                                          Date              Hour

PA009 - 10/09/2006 C T System Online

2011 JUN 15 PM 4: 11
PA DEPT OF STATE

DSCB:15-1915/5915–2

6. *Check one of the following:*

[ ] The amendment was adopted by the shareholders or members pursuant to 15 Pa.C.S. § 1914(a) and (b) or § 5914(a).

[X] The amendment was adopted by the board of directors pursuant to 15 Pa. C.S. § 1914(c) or § 5914(b).

7. *Check, and if appropriate, complete one of the following:*

[X] The amendment adopted by the corporation, set forth in full, is as follows

That Article 1. of the Articles of Incorporation of this Corporation shall be amended to read as follows:

1. The name of the corporation is: Janssen Biotech, Inc.

[ ] The amendment adopted by the corporation is set forth in full in Exhibit A attached hereto and made a part hereof.

8. *Check if the amendment restates the Articles:*

[ ] The restated Articles of Incorporation supersede the original articles and all amendments thereto.

IN TESTIMONY WHEREOF, the undersigned corporation has caused these Articles of Amendment to be signed by a duly authorized officer thereof this

___17th___ day of ___June___,

___2011___ .

Centocor Ortho Biotech Inc.
Name of Corporation

_____
Signature

Clifford A. Birge, Assistant Secretary
Title