# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG, <br> ABBOTT BIORESEARCH CENTER, INC., <br> AND ABBOTT BIOTECHNOLOGY LTD., | ) <br> ) <br> ) <br> ) | C.A. No. 4:09-CV-11340 (FDS) |
| Plaintiffs, | ) <br> ) | JURY TRIAL DEMANDED |
| v. | ) <br> ) | |
| CENTOCOR ORTHO BIOTECH, INC. AND <br> CENTOCOR BIOLOGICS, LLC, | ) <br> ) <br> ) | |
| Defendant. | ) | |

# CENTOCOR'S OBJECTIONS TO ABBOTT'S UPDATED EXHIBIT LIST

The Centocor Defendants hereby lodge the following objections to Abbott's witness list as of August 29, 2012.

**A.    Witnesses That Abbott May Call at Trial**

1. Brian Dawson, Abbott Laboratories, 200 Abbott Park Road, Abbott Park, IL 60064, as a fact witness relating to the issue of damages. Centocor objects to Mr. Dawson testifying at trial for the reasons explained in Centocor's Motion in Limine No. 1 (D.I. Nos. 381, 407, and 425).

2. Joan Ellis, Ph.D., 1875 Eye Street, NW, Suite 1200, Washington, DC 20006, (202) 659-6929, as an expert witness subject to the Court's order granting in part and denying in part Centocor's Daubert Motion, on August 13, 2012. Centocor objects to Dr. Ellis testifying at trial for the reasons explained in Centocor's Motion in Limine No. 12 (D.I. Nos. 381, 407, and 425).

3. Prashant Patel, Abbott Laboratories, 200 Abbott Park Road, as a fact witness relating to the issue of damages. Centocor objects to Mr. Patel testifying at trial for the reasons explained in Centocor's Motion in Limine No. 1 (D.I. Nos. 381, 407, and 425).

**B.    Witness Testimony That Abbott Will Present Through Deposition Designation**

1. Jill Giles-Komar, 145 King of Prussia Road, Radnor, PA 19087, as a fact witness on Centocor's invention. Centocor objects to Abbott presenting testimony from Ms. Giles-Komar through deposition designations as Ms. Giles-Komar will be testifying live at trial.

2. Kimberly C. Staquet, 145 King of Prussia Road, Radnor, PA 19087, as a fact witness on Centocor's invention. Centocor objects to Abbott presenting testimony from Ms. Staquet through deposition designations as Ms. Staquet will be testifying live at trial.

3. Raymond W. Sweet, Ph.D., 145 King of Prussia Road, Radnor, PA 19087, as a fact witness on the issues of validity and willfulness. Centocor objects to Abbott presenting deposition testimony from Dr. Sweet as irrelevant and pursuant to Federal Rule of Evidence 403.

Dated: August 29, 2012						CENTOCOR ORTHO BIOTECH, INC.,

								By its attorneys,

								/s/ *Dianne Elderkin*
								Dianne B. Elderkin
								Barbara L. Mullin
								Steven D. Maslowski
								Angela Verrecchio
								Matthew A. Pearson
								AKIN GUMP STRAUSS HAUER & FELD LLP
								Two Commerce Square
								2001 Market St., Suite 4100
								Philadelphia, PA 19103
								(215) 965-1200
								FAX: (215) 965-1210

								Emily C. Johnson
								AKIN GUMP STRAUSS HAUER & FELD LLP
								1333 New Hampshire Avenue, N.W.
								Washington, D.C. 20036
								(202) 887-4000
								FAX: (202) 887-4288

								Heather B. Repicky (BBO # 6623347)
								NUTTER MCCLENNEN & FISH LLP
								Seaport West
								155 Seaport Boulevard
								Boston, MA 02210
								617-439-2000

5

**CERTIFICATE OF SERVICE**

I certify that, on August 29, 2012, this document (filed through the ECF system) was sent electronically to the following persons:

Rachel Weiner (rachel.weiner@wilmerhale.com)
Jacob Oyloe Gacob.oyloe@wilmerhale.com)
Wilmer Cutler Pickering Hale and Door LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006


Violetta Watson (violetta.watson@wilmerhale.com)
Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
New York, NY 10007

                /s/ Angela Verrecchio