# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABBOTT GMBH & CO., KG<br>ABBOTT BIORESEARCH CENTER, INC.<br>AND ABBOTT BIOTECHNOLOGY LTD., <br><br>**Plaintiffs,**<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC. AND<br>CENTOCOR BIOLOGICS, LLC.,<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:09-cv-11340 FDS |

*Defendants' Affirmative Deposition and Interrogatory Designations[1],*
*Plaintiffs' Objections and Counter Deposition and Interrogatory Designations and*
*Defendants' Counter-Counter Deposition Designations*
*Of August 29, 2012*

---

[1] To the extent that Centocor narrows its designations, Abbott reserves the right to augment its counter designations accordingly.

1

*Maria Argiriadi*
*02/28/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| Pages: Line #s | Objections and Basis of Objections | Pages: Line #s | Objections and Basis of Objections | Pages: Line #s | Objections and Basis of Objections |
| 5:5-8 | | | | | |
| 6:15-23 | | | | | |
| 7:7-19 | | | | | |
| 49:6-12 | | | | | |
| 68:18-69:1 | | | | | |
| 70:10-72:13 | | | | | |
| 73:3-19 | | | | | |
| | | | | | |

## *Alexander Robert Duncan*
## *12/14/10*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 7:7-11 | | | | | |
| 12:24-13:3 | | 13:3-12 | | | |
| 15:22-25; 16:2-3 | | 14:21-25; 15:5-21 | | | |
| 30:1-14 | | 30:15, 30:16-24; 39:17-40:16; 41:10-14 | 39:17-40:16; 41:10-14 - Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | 39:14-16 | |
| 41:19-42:4 | S | 42:5-11; 47:16-48:14 | | | |
| 65:14-66:5 | | 66:6-14; 69:9-11; 69:13-70:16 | 69:9-11; 69:13-70:16 – Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | | |
| 71:23-72:14 | S, R, 403, 703/703 | 71:14-22 | S | | |
| 72:21-73:5, 7-9 | S, R, 403, 703/703 | 72:15-20 | | | |
| 83:17-84:2 | 702/703, 403, O | 83:7-83:16 | | | |
| 107:19-24; 108:1-8 | 403, 602, S, 702/703 | | | | |
| 108:9-13; 108:15-109:4, | 403, 602, S, 702/703 | | | | |
| 109:5-8, 11-12 | 403, 602, S, 702/703 | | | | |

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 109:13-14; 109:16-110:7, 9-15 | 403, 602, S, 702/703 | | | | |
| 125:16-126:13 | O, 702/703, 403 | 125:12-15; 128:1-3; 128:5-11; 129:16-130:7; 130:9-12 | 125:12-15 – H, D  128:1-3; 128:5-11; 129:16-130:7; 130:9-12 - Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | | |
| 136:5-7, 9-20 | V, O, R | 136:24-137:7; 137:9-18; 144:25:145:7; 145:9-13; 147:16-18; 147:20-148:5; 148:7-8 | 144:25:145:7; 145:9-13; 147:16-18; 147:20-148:5; 148:7-8 - Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | | |
| 166:13-167:15, 17-19 | 403, 702/703, O, S | 166:6-12 | V, S | | |
| 168:2-12 | 403, 702/703, O, S | 167:20-168:1 | | | |
| 206:17-19, 21-23 | 403, 702/703, S, L | | | | |
| 206:24-207:1, 3-4 | 403, 702/703, S, L | | | | |
| 228:16-19, 22 | Found, 403, 702/703, S, L, C | | | | |
| 228:23-25; 229:3-4 | Found, 403, 702/703, S, L, C | | | | |

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 231:3-6, 8-13, 15 | R, 403, C | 230:19-231:2; 232:9-11; 232:13-17; 233:20-22; 233:25 | | 230:9-16, 18; 232:18-23, 25; 233-1-2, 4-6, 8-10, 12-16, 18-19; 234:16-21 | |

*John Elvin*
*02/08/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 5:1-4 | | | | | |
| 19:3-7 | | 18:20-25; 19:1-2 | | | |
| 19:10-25 | S, R, Form, V | | | | |
| 21:11-17 | | | | | |
| 21:22-22:9 | | 22:10-23:2 | | | |
| 23:3-9 | S, R | | | | |
| 23:24-24:3 | S, O, Found | | | | |
| 39:13-17 | | 39:21-24 | | 40:20-23 | |
| 63:21-64:12 | | 63:6-20 | | | |
| 108:18-22 | O | 108:10-17; 136;17-21; 136:23-137:1 | 136;17-21; 136:23-137:1 – Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | | |

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 151:12-22; 151:24-152:4; 152:7-11 | R, S, 403, Found | 163:10-164:1 | H, D, Improper counter designation as it is not connected to, or relevant to, Centocor's affirmative designation | | |

## *Stuart Friedrich*
### *12/07/10*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 5:12-21 | | | | | |
| 12:4-13:15 | | | | | |
| 13:20-14:5 | | 14:6-8 | | | |
| 14:9-18 | | | | | |
| 15:6-14 | | | | | |
| 16:14-17; 16:20-17:5 | | | | | |
| 23:24-25:6 | R, 403, C | | | | |
| 27:14-20; 22-23 | R, 403, C | | | | |
| 28:13-29:18 | R, 403, C | | | | |
| 30:4-24 | R, 403, C, S | 30:25-31:5 | | | |
| 33:1-9 | R, 403, C | 41:2-6; 41:8-16 | | 35:23-25; 36:2-15 | |
| 89:13-15, 17-20 | MIL, 403, R | | | | |
| 90:14-92:6 | MIL, 403, R | 92:7-12 | | | |
| 92:13-24 | MIL, 403, R | | | | |
| 95:15-96:21 | MIL, 403, R | 96:22-97:9 | | 35:23-25; 36:2-15 | |
| | | 35:2-16 | | 37:2-38:12 | |
| | | 41:2-4 | | | |
| | | 45:11-46:5 | | | |
| | | 100:16-105:6 | | | |
| | | 107:19-111:4 | | | |

## *Tariq Ghayur*
## *02/18/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 5:13-17 | | | | | |
| 13:17-14:1 | | | | | |
| 21:16-19, 21 | Dep., O, S | 21:22-23-5 | | | |
| 31:10-32:12; 32:14-33:6, 8-12 | Dep., O, 602, 403 | 29:17-24; 36:6-39:10 | I | 33:13-16, 19; 33:21-34:7; 34:10-12; 36:3, 5 | O, S, Found, V, 403 |
| 40:3-13, 15-16 | R, S, 403 | 40:17-42:22; 36:6-39:10 | I | 33:13-16, 19; 33:21-34:7; 34:10-12; 36:3, 5 | O, S, Found, V, 403 |
| 44:18-20: 44:22-24; 45:2 | R, 403, O | 44:4-17 | | | |
| 44:18-45:2 | R, 403, O | 44:4-17 | | | |
| 78:18-79:4, 6 | R, 403, O, C | | | | |
| 79:7-80:6 | R, 403, O, C | | | | |
| 80:16—81:5, 8 | R, 403, O, C | | | | |
| 81:9-11, 13-24; 82:2 | R, 403, O, C | | | | |
| 93:8-14, 16 | R, 403, O, C | | | | |
| | | 52:13-53:16 | Improper counter designation as it is not connected to any affirmative designation | | |

9

*Jeffrey Stewart*
*01/13/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 4:9-11 | | | | | |
| 5:20-7:9 | | | | | |
| 23:8-16 | | | | | |
| 24:19-25:4 | | | | | |
| 113:21-115:12 | MIL,[2] Found, R | 116:20-117:23 | | | |
| 115:18-116:19 | MIL, Found, R, I | 116:20-117:23 | | | |
| 117:24-118:21 | I | 118:22-119:16 | | | |
| 122:8-14 | I, S, 602, Found | 24:19-25:4, 121:5-122:7 | | | |
| 122:17-123:17 | S, 602, Found | 24:19-25:4, 121:5-122:7 | | | |
| 176:13-177:22 | C, D, S | | | | |
| | | | | | |

---

[2]   Abbott has filed Motions *in Limine* to preclude Centocor from discussing commercialization and products, or lack thereof, and damages in the liability phase. To the extent Centocor is seeking to offer Mr. Stewart's testimony for any of these purposes, Abbott objects.

*Geertrudia Veldman, Ph.D.*
*10/08/10*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 8:3-7 | | | | | |
| 14:15-15:4 | | | | | |
| 16:18-17:2 | | | | | |
| 18:3-23 | | | | | |
| 23:15-20 | | | | | |
| 23:24-24:5 | | | | | |
| 164:7-18, 20-23 | MIL, 403, Dep. | | | | |
| 164:24-165:10 | MIL, 403, Dep. | | | | |
| 165:11-13; 165:15-18; 165:20-166:2, 7-8 | MIL, 403, Dep. | | | | |
| 166:9-10; 166:12-14 | MIL, 403, Dep. | | | | |
| 166:18-167:7, 10-14 | MIL, 403, Dep. | | | | |
| 182:20-183:10 | | | | | |
| 199:21-200:8, 10-12 | MIL, 403, R | | | | |
| 200:13-201:8 | MIL, 403, R | | | | |
| 224:21-225:4 | MIL | | | | |
| 229:17-230:1, 4-19, 21-23 | MIL, S, 403, C, O | | | | |
| 232:9-23 | 403, MIL, Found, D, R, S | | | | |

11

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| 233:2-7 | 403, MIL, Found, D, R, S | | | | |
| 234:11-12, 15-19, 21-23 | S, D, R, 403, MIL | | | | |
| 235:15-17; 235:21-236:2 | S, D, R, 403, MIL | | | | |
| | | | | | |

*Amy Venturini*
*01/23/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| Pages: Line #s | Objections and Basis of Objections | Pages: Line #s | Objections and Basis of Objections | Pages: Line #s | Objections and Basis of Objections |
| 6:4-8 | | | | | |
| 14:24-15:1 | | 15:2-16:3 | R | 19:6-19 | |
| 70:23-71:3 | R, S, 403 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Plaintiffs' Second Supplemental Objections and Response to Interrogatory No. 10 of*
*Defendants' First Set of Interrogatories*
*02/28/11*

| DESIGNATIONS BY CENTOCOR | | COUNTER-DESIGNATIONS BY ABBOTT | | COUNTER-COUNTER DESIGNATIONS BY CENTOCOR | |
|---|---|---|---|---|---|
| **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** | **Pages: Line #s** | **Objections and Basis of Objections** |
| Interrogatory # 10, Response to #10, Supplemental Response to #10 and Second Supplemental Response to #10 | MIL, L, R, U, 403 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |