# EXHIBIT 6

*Abbott GmbH & Co., et al. v. Centocor Ortho Biotech, Inc., et al.* **No. 4:09-cv-11340-FDS**

| Code | Objection |
|---|---|
| **A** | Authenticity: It is a forgery or is not what it purports to be (Fed. R. Evid. 901 & 902) |
| **BRPL** | Brief, Pleading, or Order: It is a brief, pleading, order, or discovery request and is not evidence |
| **C** | Cumulative: It is duplicative and/or cumulative of other exhibits |
| **Depo** | Improper Inclusion of Deposition or Trial Transcript |
| **Expert** | Improper Use of Expert Report |
| **FL** | Foreign Language Without Translation |
| **FRE 408** | Compromise/Offers to Compromise |
| **FRE 1002** | Original Document |
| **FRE 1004** | Other Content Evidence: It is not an original writing, and an exception does not apply |
| **H** | Hearsay: Constitutes or contains hearsay and no exception applies (Fed. R. Evid. 801 & 802) |
| **106** | Incomplete: The exhibit, as submitted, does not contain the complete document |
| **L** | Conclusion of Law: Contains conclusions of law |
| **M** | Multiple Documents: Contains more than one document |
| **MIL** | Inadmissible on a ground asserted in a motion in limine |
| **O** | Opinion Testimony By Lay Witness: Constitutes or contains improper opinion by a lay witness (Fed. R. Evid. 701 & 702) |
| **403** | Unfair Prejudice: Probative value is substantially outweighed by unfair prejudice and/or confusion of the issues (Fed. R. Evid. 403) |
| **Priv** | Privileged: Protected from disclosure by the attorney-client privilege and/or work product doctrine |
| **Privacy** | Contains private personal information protected from disclosure under relevant law |
| **Q** | Quality: Exhibit, as submitted, is illegible or otherwise of low quality |
| **R** | Relevance: Not relevant to any issue to be decided in this case (Fed. R. Evid. 401 & 402) |
| **S** | Speculative: Includes statements that are speculative as to matters of fact or law |
| **V** | Vague: Exhibit includes vague and indefinite statements |
| **U** | Untimely: Exhibit was not disclosed at the proper time |
| **NR** | Not relied on: Exhibit was not relied on by any expert in support of opinion |

*Abbott GmbH & Co., et al. v. Centocor Ortho Biotech, Inc., et al.* **No. 4:09-cv-11340-FDS**