# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., ABBOTT BIOTECHNOLOGY, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC., CENTOCOR BIOLOGICS, LLC.<br><br>Defendant. | C.A. No. 4:09-CV-11340 (FDS)<br><br>JURY TRIAL DEMANDED |

**ABBOTT'S PROPOSED VERDICT FORM**
**FOR LIABILITY PHASE**

**Question No. 1:**

Do you find that Centocor has proven by clear and convincing evidence that any of the following claims of U.S. Patent No 6,914,128 ("the '128 patent") are invalid for any of the following reasons? "Yes" means the claims are invalid, and "No" means the claims are not invalid.

A.   For failing to meet the enablement requirement?

Answer "yes" or "no" for each claim.

Claim 7 (depending from Claim 1): _____

Claim 29: _____

Claim 30: _____

Claim 32: _____

Claim 64 (depending from Claim 1): _____

Claim 64 (depending from Claim 29): _____

- 2 -

B.   For failing to meet the written description requirement?

Answer "yes" or "no" for each claim.

Claim 7 (depending from Claim 1): _____

Claim 29: _____

Claim 30: _____

Claim 32: _____

Claim 64 (depending from Claim 1): _____

Claim 64 (depending from Claim 29): _____

C.   Because it is obvious?

Answer "yes" or "no" for each claim.

Claim 7 (depending from Claim 1): _____

Claim 29: _____

Claim 30: _____

Claim 32: _____

Claim 64 (depending from Claim 1): _____

Claim 64 (depending from Claim 29): _____

D.   Because Centocor is a prior inventor and did not abandon, suppress or conceal the invention?

Answer "yes" or "no" for each claim.

Claim 7 (depending from Claim 1): _____

Claim 29: _____

Claim 30: _____

Claim 32: _____

Claim 64 (depending from Claim 1): _____

- 3 -

  Claim 64 (depending from Claim 29):   _____

Do you find that Centocor has proven by clear and convincing evidence that any of the following claims of U.S. Patent No 7,504,485 ("the '485 patent") are invalid for any of the following reasons? "Yes" means the claims are invalid, and "No" means the claims are not invalid.

E. For failing to meet the enablement requirement?

  Answer "yes" or "no" for each claim.

  Claim 7:   _____

  Claim 8:   _____

  Claim 9:   _____

  Claim 11 (depending from Claim 1):   _____

  Claim 11 (depending from Claim 2):   _____

  Claim 24:   _____

F. For failing to meet the written description requirement?

  Answer "yes" or "no" for each claim.

  Claim 7:   _____

  Claim 8:   _____

  Claim 9:   _____

  Claim 11 (depending from Claim 1):   _____

  Claim 11 (depending from Claim 2):   _____

  Claim 24:   _____

G. Because it is obvious?

  Answer "yes" or "no" for each claim.

  Claim 7:   _____

        Claim 8: _____

        Claim 9: _____

        Claim 11 (depending from Claim 1): _____

        Claim 11 (depending from Claim 2): _____

        Claim 24: _____

H.    Because Centocor is a prior inventor?

        Answer "yes" or "no" for each claim.

        Claim 7: _____

        Claim 8: _____

        Claim 9: _____

        Claim 11 (depending from Claim 1): _____

        Claim 11 (depending from Claim 2): _____

        Claim 24: _____

*Answer No Further Questions.*

Signed the _____ day of _____, 2012.

_____
       Presiding Juror

Dated: August 29, 2012

Respectfully submitted,

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Anne-Marie Yvon (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
Paula Estrada de Martin (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (BBO #291960)
Anne M. McLaughlin (BBO # 666081)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Abbott GmbH & Co., KG,*
*Abbott Bioresearch Center, Inc., and*
*Abbott Biotechnology, Ltd.*