# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., ABBOTT BIOTECHNOLOGY, LTD.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CENTOCOR ORTHO BIOTECH, INC., CENTOCOR BIOLOGICS, LLC.<br><br>　　　　　　　　　Defendants. | C.A. No. 4:09-CV-11340 (FDS)<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF BARISH OZDAMAR, Ph.D.

Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. ("Abbott"), by and through Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, NY, hereby move that Barish Ozdamar of Wilmer Cutler Pickering Hale and Dorr LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Certificate of Barish Ozdamar, Ph.D.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: August 31, 2012　　　　　　　　/s/ Robert J. Gunther, Jr.
　　　　　　　　　　　　　　　　　　Robert J. Gunther, Jr. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Jane M. Love, Ph.D. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Violetta G. Watson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Paula Estrada de Martin, Ph.D. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Anne-Marie Yvon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　Tel: (212) 230-8800

Fax: (212) 230-8888

William F. Lee (BBO #291960)
Anne M. McLaughlin (BBO # 666081)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim, Ph.D. (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

Attorneys for ABBOTT GMBH & CO., KG,
ABBOTT BIORESEARCH CENTER, INC,
ABBOTT BIOTECHNOLOGY LTD.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant on the subject of this motion, and was advised that Defendant has no opposition to this motion.

/s/ Rachel L. Weiner

**CERTIFICATE OF SERVICE**

      I certify that, on August 31, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                               /s/ Rachel L. Weiner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., ABBOTT BIOTECHNOLOGY, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC., CENTOCOR BIOLOGICS, LLC.<br><br>Defendants. | C.A. No. 4:09-CV-11340 (FDS)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF BARISH OZDAMAR, Ph.D.

I, Barish Ozdamar, certify that:

1. I am an Associate at Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, NY, and represent Plaintiffs Abbott GmbH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. in the above-captioned matter;

2. I am a member of the Bar of the State of New York;

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30th DAY OF AUGUST 2012.

/s/ Barish Ozdamar, Ph.D.

CERTIFICATE OF SERVICE

      I certify that, on August 31, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Rachel L. Weiner