UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABBOTT GMBH & CO., KG; ABBOTT BIORESEARCH CENTER, INC.; and ABBOTT BIOTECHNOLOGY LTD., now known as ABBVIE BIOTECHNOLOGY, LTD, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 09-11340-FDS |
| JANSSEN BIOTECH, INC., formerly known as CENTOCOR ORTHO BIOTECH, INC., and CENTOCOR BIOLOGICS, LCC, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

Upon consideration of the Abbott Plaintiffs' Motion For Redaction to the August 13, 2012 Hearing Transcript, and the reasons cited therein, it is hereby ORDERED that the Motion is GRANTED, and the sentence appearing on lines 16-18 of page 30 and the sentence appearing on lines 12-15 of page 31 shall be redacted.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 4, 2012