CIVIL/CRIMINAL CASE NO: 09 CV 11340 - FDS

TITLE:___ABBOTT_____ VS. ___CENTOCOR_____

## JURY PANEL

01. Vincent Vick    (Excused on 9/14/2012)

02. Patricia Frustaglia

03. Stephani Scarpa

04. Luis Barbosa

05. Aimee Parisella

06. Candice Guy

07. Judy Batty

08. Matthew Mosher

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 01. Dr. JOHAN SALFELD (9/18/2012) | 01. JOHN GHRAYEB (9/11/2012) |
| 02. Dr. RICARDA TRUDI VELDMAN (9/18/2012) | 02. KIM STAQUET (9/12/2012) |
| 03. Dr. C. GEOFFREY DAVIS, expert-transgenic mouse tech (9/19/12) | 03. JILL GILES-KOMAR (9/12/2012) |
| 04. Dr. IAN WILSON, expert-protein structure (9/20/2012) | 04. Dr. MICAHEL ECK, expert-protein structure (9/12/12) |
| 05. Dr. JAMES MARKS (9/20/2012) | 05. JOHN ELVIN (video deposition shown) (9/14/2012) |
| 06. | 06. TARIQ GHAYUR (video deposition shown)(9/14/12) |
| 07. | 07. Dr. DONALD SIEGEL, expert-antibodies (9/14/12) |
| 08. | 08. Dr. STUART FRIEDRICH (video dep.) (9/18/12) |
| 09. | 09. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |

(jurylist_ABBOTT.wpd - 12/98)