IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBOTT GMBH & CO., KG, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| CENTOCOR ORTHO BIOTECH, INC. AND CENTOCOR BIOLOGICS, LLC, | ) ) ) |
| Defendant. | ) |

C.A. No. 4:09-CV-11340 (FDS)

JURY TRIAL DEMANDED

### [~~PROPOSED~~] ORDER

Upon consideration of the Centocor Defendants' Motion to Seal Confidential Information and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED.

ORDERED this 26th day of September, 2012.

BY THE COURT:

_____
Hon. F. Dennis Saylor, IV
United States District Judge