UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Abbott GmbH & Co., KG et al
        Plaintiff(s)

v.   CIVIL ACTION NO. 09-11340 - FDS

Centocor Ortho Biotech, Inc.
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR DEFENDANT PURSUANT TO THE VERDICT ENTERED ON SEPTEMBER 25, 2012.**

                                  SARAH A. THORNTON,
                                  CLERK OF COURT

Dated: October 15, 2012         By /s/ Pietro Cicolini
                                      Deputy Clerk