# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABBOTT GMBH & CO., KG; ABBOTT BIORESEARCH CENTER, INC.; and ABBOTT BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., and CENTOCOR BIOLOGICS, INC. <br><br> Defendants. | Civil Action No. <br> 09-11340-FDS |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs AbbVie Deutschland GmbH & Co. KG (formerly Abbott GmbH & Co. KG); AbbVie Bioresearch Center, Inc. (formerly Bioresearch Center, Inc.); and AbbVie Biotechnology Ltd. (formerly Abbott Biotechnology Ltd.)  appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order on Motion for Judgment as a Matter of Law entered in this case on March 8, 2013 (Dkt. 540), the Court's denial from the bench of Plaintiffs' Motion for New Trial on March 8, 2013 (Dkt. 541), the judgment entered by the Court on October 15, 2012 (Dkt. 513), and from all other orders, rulings, findings, and conclusions underlying and related to those orders, including but not limited to the Court's Memorandum and Order dated March 9, 2012 (Dkt. 333) and the Court's Memorandum and Order dated May 4, 2012 (Dkt. 341).

Respectfully submitted,

Dated: April 5, 2013

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
Arthur W. Coviello (BBO # 670152)
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for AbbVie Deutschland GmbH & Co., KG; AbbVie Bioresearch Center, Inc.; and AbbVie Biotechnology Ltd.*

CERTIFICATE OF SERVICE

      I certify that, on April 5, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.