**Form 7**

**FORM 7.   Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓]   United States District Court for the  District of Massachusetts

[ ]   United States Court of International Trade

[ ]   United States Court of Federal Claims

[ ]   United States Court of Appeals for Veterans Claims

Type of case:  35 U.S.C. 271 Patent Infringement

Abbott GmbH & Co., KG et al  v.  Centocor Ortho Biotech, Inc.

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 09cv11340-FDS                Date of Judgment or Order  October 15, 2012

Cross or related appeal? _____     Date of Notice of Appeal   April 5, 2013

Appellant is:  [✓] Plaintiff   [ ]Defendant   [ ]Other (explain)_____

FEES:   Court of Appeals docket fee paid?        [✓]Yes      [ ]No

         U.S. Appeal?                          [ ]Yes      [✓]No

         In forma pauperis?                    [ ]Yes      [✓]No

Is this matter under seal?   [ ]Yes   [✓]No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
Tel: (212)-230-8800

Barbara L. Mullin
Akin Gump Strauss Hauer & Feld LLP
Suite 4100
Two Commerce Square
2001 Market Street
Philadelphia PA 19103-7013

COURT REPORTER: (Name and telephone):  Valerie O'Hara (978)-457-5871

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439